# EXHIBIT A



US009693978B2

(12) **United States Patent**
Chidambaram et al.

(10) Patent No.: **US 9,693,978 B2**
(45) Date of Patent: **\*Jul. 4, 2017**

(54) **SOLVENT SYSTEM FOR ENHANCING THE SOLUBILITY OF PHARMACEUTICAL AGENTS**

(71) Applicant: **Banner Life Sciences LLC**, High Point, NC (US)

(72) Inventors: **Nachiappan Chidambaram**, Salt Lake City, UT (US); **Aqeel Fatmi**, Greensboro, NC (US)

(73) Assignee: **Banner Life Sciences LLC**, High Point, NC (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/977,808**

(22) Filed: **Dec. 22, 2015**

(65) **Prior Publication Data**

US 2016/0106841 A1     Apr. 21, 2016

**Related U.S. Application Data**

(63) Continuation of application No. 11/367,238, filed on Mar. 3, 2006, now abandoned.

(60) Provisional application No. 60/659,679, filed on Mar. 3, 2005.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/192* | (2006.01) |
| *A61K 9/48* | (2006.01) |
| *A61K 31/765* | (2006.01) |
| *A61K 47/12* | (2006.01) |
| *A61K 9/50* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/192* (2013.01); *A61K 9/0053* (2013.01); *A61K 9/4825* (2013.01); *A61K 9/4833* (2013.01); *A61K 9/4858* (2013.01); *A61K 9/4866* (2013.01); *A61K 9/50* (2013.01); *A61K 9/5089* (2013.01); *A61K 31/765* (2013.01); *A61K 47/12* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,071,643 A | 12/1991 | Patel | |
| 5,360,615 A * | 11/1994 | Yu ....................... | A61K 9/2009 424/455 |
| 5,484,606 A | 1/1996 | Dhabar | |
| 5,505,961 A | 4/1996 | Shelly | |
| 5,541,210 A | 7/1996 | Cupps | |
| 5,648,358 A | 7/1997 | Mitra | |
| 5,885,608 A | 3/1999 | McEntee | |
| 5,912,011 A | 6/1999 | Makin | |
| 6,287,594 B1 | 9/2001 | Meyer | |
| 6,365,180 B1 | 4/2002 | Wilson | |
| 6,383,515 B2 | 5/2002 | Sawyer | |
| 6,387,400 B1 | 5/2002 | Webster | |
| 6,689,382 B2 | 2/2004 | Berthel | |
| 7,101,572 B2 | 9/2006 | Santos | |
| 2001/0007668 A1 | 7/2001 | Sawyer | |
| 2002/0187195 A1 | 12/2002 | Sawyer | |
| 2004/0157928 A1 | 8/2004 | Kim | |
| 2005/0158377 A1* | 7/2005 | Popp ................... | A61K 9/4866 424/451 |
| 2006/0099246 A1* | 5/2006 | Tanner ................ | A61K 9/4816 424/451 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 9531979 | 11/1995 |

OTHER PUBLICATIONS

Wikipedia (https://en.wikipedia.org/wiki/Conjugate_acid (downloaded on Jul. 8, 2016).*
Wikipedia "Self-ionization of water", http://en.wikipedia.org/wiki/Self-ionization__of__water, Accessed Mar. 2010.

\* cited by examiner

*Primary Examiner* — Jake Vu

(74) *Attorney, Agent, or Firm* — Brinks Gilson & Lione

(57) **ABSTRACT**

Liquid and semi-solid pharmaceutical compositions, which can be administered in liquid form or can be used for preparing capsules, are described herein. The composition comprises the salt of one ore more active agents, polyethylene glycol, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of active agent, and water. The pH of the composition is adjusted within the range of 2.5-7.5. The de-ionizing agent causes partial de-ionization (neutralization) of the salt of the active agent resulting in enhanced bioavailability of salts of weakly acidic, basic or amphoteric active agents as well as lesser amounts of polyethylene glycol (PEG) esters.

**38 Claims, No Drawings**

US 9,693,978 B2

1

# SOLVENT SYSTEM FOR ENHANCING THE SOLUBILITY OF PHARMACEUTICAL AGENTS

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 11/367,238, filed Mar. 3, 2006, which is related to and claims priority under 35 U.S.C. §119(e) to U.S. provisional patent application U.S. Ser. No. 60/659,679 entitled "Solvent System for Enhancing the Solubility of Pharmaceutical Agents", filed Mar. 8, 2005. The entire contents of these applications are incorporated herein by reference.

## FIELD OF THE INVENTION

This invention is in the field of fill materials encapsulated in soft gelatin capsules.

## BACKGROUND OF THE INVENTION

Filled one-piece soft gelatin capsules ("softgels") have been widely used for years to encapsulate consumable materials such as vitamins and pharmaceuticals in a liquid vehicle or carrier. Because softgels have properties which are quite different from two-piece hardshell capsules, softgels are more capable of retaining a liquid fill material.

Not all liquids may be enclosed in a softgel capsule. Liquids containing more than about 20% water by weight are generally not enclosed in softgels, because the water tends to dissolve the gelatin shell. Other solvents such as propylene glycol, glycerin, low molecular weight alcohols, ketones, acids, amines, and esters all tend to degrade or dissolve the gelatin shell to some extent.

Softgels are also somewhat sensitive to pH, and generally require a pH in the encapsulated liquid from about 2.5 to about 7.5. Highly acidic liquids may hydrolyze the gelatin, resulting in leaks, while basic liquids may tan the gelatin, resulting in decreased solubility of the gelatin shell.

Pharmaceutical liquids are usually enclosed in softgels as either viscous solutions or suspensions. Suspensions are pharmaceutically less desirable because they can settle during manufacture, which leads to a less uniform product. In contrast, solutions provide the best liquid form for obtaining optimal "content uniformity" in a batch. Further, solutions typically provide a faster and more uniform absorption of an active agent than do suspensions.

Suitable softgel solutions, however, can be difficult to achieve. One constraint is size. Many pharmaceutical agents require volumes of solvent too large to produce a softgel capsule small enough to be taken by patients. The solvent must also have sufficient solvating power to dissolve a large amount of the pharmaceutical agent to produce a concentrated solution and yet not dissolve, hydrolyze or tan the gelatin shell.

Concentrated solutions of pharmaceutical agents for use in softgel capsules have been described. Most of these systems involve ionizing the free pharmaceutical agent in situ to the corresponding salt. For example, U.S. Pat. No. 5,360,615 to Yu et al. discloses a solvent system for enhancing the solubility of acidic, basic, or amphoteric pharmaceutical agents. The solvent system comprises polyethylene glycol, an ionizing agent, and water. The ionizing agent functions by causing the partial ionization of the free pharmaceutical agent. U.S. Pat. No. 6,383,515, U.S. Patent

2

Application Publication No. 2002/0187195, and U.S. Patent Application Publication No. 2001/0007668 to Sawyer et al. discloses pharmaceutically acceptable solutions containing a medicament suitable for filling softgel capsules comprising a polymer such as polyethylene glycol and an acid salt of a compound having three or more carbon atoms, such as sodium propionate. The salt helps to ionize the medicament without relying on the use of strong acids or bases. U.S. Pat. No. 6,689,382 to Berthel et al. describes a pharmaceutical formulation suitable for filling softgel capsules comprising (a) a therapeutically effective amount of a non-steroidal anti-inflammatory drug (NSAID); and (b) a solvent system comprising 40% to 60% by weight a polyoxyethylene ether, 15% to 35% by weight of glycerin and 15% to 35% by weight water. In cases where the NSAID has a carboxyl or an acidic functional group, the solvent system also includes hydroxide ions. U.S. Pat. No. 5,505,961 to Shelley et al. describes a method for increasing the solubility of acetaminophen alone or in combination with other pharmaceutically active agents to form a clear solution for encapsulation into a softgel capsule. The method comprises solubilizing acetaminophen in a mixture of propylene glycol, polyethylene glycol, water, polyvinylpyrrolidone and sodium or potassium acetate.

The previously described methods all involve the conversion of the free pharmaceutical agent to the corresponding salt. In cases where the free pharmaceutical agent is acidic, the resulting anion can react with the polyethylene glycol in the fill to produce polyethylene glycol esters, thus reducing the amount of available pharmaceutical agent.

There is a need for a solvent system containing a medicament, which can be encapsulated in a softgel capsule, wherein the formation of PEG esters is minimized.

Therefore it is an object of the invention to provide a stable solvent system for pharmaceutical agents, which is suitable for encapsulation in a softgel capsule, wherein the formation of PEG esters is minimized.

## BRIEF SUMMARY OF THE INVENTION

Liquid and semi-solid pharmaceutical compositions, which can be administered in liquid form or can be used for preparing capsules, are described herein. The composition comprises the salt of one or more active agents, and 0.2-1.0 mole equivalents of a de-ionizing agent per mole of active agent. The pH of the composition is adjusted within the range of 2.5-7.5. The de-ionizing agent causes partial de-ionization (neutralization) of the salt of the active agent resulting in enhanced bioavailability of salts of weakly acidic, basic or amphoteric active agents as well as decreased amounts of polyethylene glycol (PEG) esters.

## DETAILED DESCRIPTION OF THE INVENTION

I. Composition
 A. Fill Materials
 1. Drugs to be Formulated

The formulation can contain any therapeutic, diagnostic, prophylactic or nutraceutical agent. Exemplary agents include, but are not limited to, analeptic agents; analgesic agents; anesthetic agents; antiasthmatic agents; antiarthritic agents; anticancer agents; anticholinergic agents; anticonvulsant agents; antidepressant agents; antidiabetic agents; antidiarrheal agents; antiemetic agents; antihelminthic agents; antihistamines; antihyperlipidemic agents; antihypertensive agents; anti-infective agents; anti-inflammatory

US 9,693,978 B2

3

agents; antimigraine agents; antineoplastic agents; antiparkinson drugs; antipruritic agents; antipsychotic agents; antipyretic agents; antispasmodic agents; antitubercular agents; antiulcer agents; antiviral agents; anxiolytic agents; appetite suppressants (anorexic agents); attention deficit disorder and attention deficit hyperactivity disorder drugs; cardiovascular agents including calcium channel blockers, antianginal agents, central nervous system ("CNS") agents, beta-blockers and antiarrhythmic agents; central nervous system stimulants; diuretics; genetic materials; hormonolytics; hypnotics; hypoglycemic agents; immunosuppressive agents; muscle relaxants; narcotic antagonists; nicotine; nutritional agents; parasympatholytics; peptide drugs; psychostimulants; sedatives; sialagogues, steroids; smoking cessation agents; sympathomimetics; tranquilizers; vasodilators; beta-agonist; and tocolytic agents.

A first class of drugs is selected based on inclusion in the molecule of a weakly acidic, basic or amphoteric group that can form a salt. Any drug that bears an acidic or a basic functional group, for example, an amine, imine, imidazoyl, guanidine, piperidinyl, pyridinyl, quaternary ammonium, or other basic group, or a carboxylic, phosphoric, phenolic, sulfuric, sulfonic or other acidic group, can react with the de-ionizing agent.

Some specific drugs that bear acidic or basic functional groups and thus may be converted to the corresponding salt for use in the described formulations include, but are not limited to, Acetaminophen, Acetylsalicylic acid, Alendronic acid, Alosetron, Amantadine, Amlopidine, Anagrelide, Argatroban, Atomoxetine, Atrovastatin, Azithromycin dehydrate, Balsalazide, Bromocriptan, Bupropion, Candesartan, Carboplatin, Ceftriaxone, Clavulonic acid, Clindamycin, Cimetadine, Dehydrocholic (acid), Dexmethylphenidate, Diclofenac, Dicyclomine, Diflunisal, Diltiazem, Donepezil, Doxorubicin, Doxepin, Epirubicin, Etodolic acid, Ethacrynic acid, Fenoprofen, Fluoxetine, Flurbiprofen, Furosemide, Gemfibrozil, Hydroxyzine, Ibuprofen, Imipramine, Indomethacin, Ketoprofen, Levothyroxine, Maprolitline, Meclizine, Methadone, Methylphenidate, Minocycline, Mitoxantone, Moxifloxacin, Mycophenolic acid, Naproxen, Niflumic acid, Ofloxacin, Ondansetron, Pantoprazole, Paroxetine, Pergolide, Pramipexole, Phenytoin, Pravastain, Probenecid, Rabeprazole, Risedronic acid, Retinoic acid, Ropinirole, Selegiline, Sulindac, Tamsulosin, Telmisertan, Terbinafine, Theophyline, Tiludronic Acid, Tinzaparin, Ticarcillin, Tometin, Valproic acid, Salicylic acid, Sevelamer, Ziprasidone, Zoledronic acid, Acetophenazine, Albuterol, Almotriptan, Amitriptyline, Amphetamine, Atracurium, Beclomethasone, Benztropine, Biperiden, Bosentan, Bromodiphenhydramine, Brompheniramine carbinoxamine, Caffeine, Capecitabine, Carbergoline, Cetirizine, Chlocyzine, Chlorpheniramine, Chlorphenoxamine, Chlorpromazine, Citalopram, Clavunate potassium, Ciprofloxacin, Clemastine, Clomiphene, Clonidine, Clopidogrel, Codeine, Cyclizine, Cyclobenzaprine, Cyproheptadine, Delavirdine, Diethylpropion, Divalproex, Desipramine, Dexmethylphenidate, Dexbrompheniramine, Dexchlopheniramine, Dexchlor, Dextroamphetamine, Dexedrine, Dextromethorphan, Fiflunisal, Diphemanil methylsulphate, Diphenhydramine, Dolasetron, Doxylamine, Enoxaparin, Ergotamine, Ertepenem, Eprosartan, Escitalopram, Esomeprazole, Fenoldopam, Fentanyl, Fexofenadine, Flufenamic acid, Fluvastatin, Fluphenazine, Fluticasone, Fosinopril, Frovatriptan, Gabapentin, Galatamine, Gatifloxacin, Gemcitabine, Haloperidol, Hyalurondate, Hydrocodone, Hydroxychloroquine, Hyoscyamine, Imatinib, Imipenem, Ipatropin, Lisinopril, Leuprolide, Levopropoxyphene,

4

Losartan, Meclofenamic acid, Mefanamic acid, Mesalamine, Mepenzolate, Meperidine, Mephentermine, Mesalimine, Mesoridazine, Metaproteranol, Metformin, Methdialazine, Methscopolamine, Methysergide, Metoprolol, Metronidazole, Mibefradil, Montelukast, Morphine, Mometasone, Naratriptan, Nelfinavir, Nortriptylene, Noscapine, Nylindrin, Omeprazole, Orphenadrine, Oseltamivir, Oxybutynin, Papaverine, Pentazocine, Phendimetrazine, Phentermine, Pioglitazone, Pilocarpine, Prochloroperazine, Pyrilamine, Quetapine, Ranitidine, Rivastigmine, Rosiglitazone, Salmetrol, Sertaline, Sotalol, Sumatriptan, Tazobactam, Tacrolimus, Tamoxifen, Ticlopidine, Topiramate, Tolterodine, Triptorelin, Triplennamine, Triprolidine, Tramadol, Trovofloxacin, Ursodiol, Promazine, Propoxyphene, Propanolol, Pseudoephedrine, Pyrilamine, Quinidine, Oxybate sodium, Sermorelin, Tacrolimus, Tegaseroid, Teriparatide, Tolterodine, Triptorelin pamoate, Scopolamine, Venlafaxine, Zamivir, Aminocaproic acid, Aminosalicylic acid, Hydromorphone, Isosuprine, Levorphanol, Melhalan, Nalidixic acid, and Para-aminosalicylic acid.

2. Deionizing Agent

The deionizing agent functions by causing partial deionization (neutralization) of the salt of one or more pharmaceutically actives agents. When the active agent is the salt of a weak acid and a strong base, the deionizing agent is preferably a hydrogen ion species. When the active agent is the salt of a weak base and a strong acid, the deionizing agent is preferably a hydroxide ion species. The deionizing agent is preferably present in an amount between 0.2 to 1.0 mole equivalents per mole of the pharmaceutically active agent.

Exemplary hydrogen ion species useful as de-ionizing agents described herein, include, but are not limited to, hydrochloric acid, hydrobromic acid, hydroiodic acid, sulfuric acid, fumaric acid, maleic acid, tartaric acid, methane-, ethane-, and benzene sulfonates, citric acid, malic acid, acetic acid, proprionic acid, pyruvic acid, butanoic acid, and lactic acid.

Exemplary hydroxide ion species useful as de-ionizing agents described herein, include, but are not limited to, metal hydroxides such as sodium hydroxide, potassium hydroxide, ammonium hydroxide, calcium hydroxide, aluminum hydroxide, and magnesium hydroxide.

Additional acid or base can be added to adjust the pH of the fill composition. In a preferred embodiment, the pH of the fill composition is from about 2.5 to about 7.5.

3. Excipients

Formulations may be prepared using a pharmaceutically acceptable carrier composed of materials that are considered safe and effective and may be administered to an individual without causing undesirable biological side effects or unwanted interactions. The carrier is all components present in the pharmaceutical formulation other than the active ingredient or ingredients. As generally used herein "carrier" includes, but is not limited to, plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, pH-adjusting agents and combinations thereof.

In a preferred embodiment, a mixture of polyethylene glycol and water is used as a solvent for the salt of the active agent and the de-ionizing agent. Polyethylene glycol is present in an amount from about 10% to about 80% by weight. Water is present in an amount from about 1% to 18% by weight. The molecular weight of polyethylene glycol is between 300 and 1500. Other suitable solvents include surfactants and copolymers of polyethylene glycol. Option-

5

ally, glycerin, polyvinyl pyrrolidone (PVP) or propylene glycol (PPG) can be added to enhance the solubility of the drug agent.

B. Shell Composition

1. Gelatin

Gelatin is the product of the partial hydrolysis of collagen. Gelatin is classified as either Type A or Type B gelatin. Type A gelatin is derived from the acid hydrolysis of collagen while Type B gelatin is derived from alkaline hydrolysis of collagen. Traditionally, bovine bones and skins have been used as raw materials for manufacturing Type A and Type B gelatin while porcine skins have been used extensively for manufacturing Type A gelatin. In general acid-processed gelatins form stronger gels than lime-processed gelatins of the same average molecular weight.

2. Other Shell Additives

Other suitable shell additives include plasticizers, opacifiers, colorants, humectants, preservatives, flavorings, and buffering salts and acids.

Plasticizers are chemical agents added to gelatin to make the material softer and more flexible. Suitable plasticizers include glycerin, sorbitol solutions which are mixtures of sorbitol and sorbitan, and other polyhydric alcohols such as propylene glycol and maltitol or combinations thereof.

Opacifiers are used to opacify the capsule shell when the encapsulated active agents are light sensitive. Suitable opacifiers include titanium dioxide, zinc oxide, calcium carbonate and combinations thereof.

Colorants can be used to for marketing and product identification/differentiation purposes. Suitable colorants include synthetic and natural dyes and combinations thereof.

Humectants can be used to suppress the water activity of the softgel. Suitable humectants include glycerin and sorbitol, which are often components of the plasticizer composition. Due to the low water activity of dried, properly stored softgels, the greatest risk from microorganisms comes from molds and yeasts. For this reason, preservatives can be incorporated into the capsule shell. Suitable preservatives include alkyl esters of p-hydroxy benzoic acid such as methyl, ethyl, propyl, butyl and heptyl (collectively known as "parabens") or combinations thereof.

Flavorings can be used to mask unpleasant odors and tastes of fill formulations. Suitable flavorings include synthetic and natural flavorings. The use of flavorings can be problematic due to the presence of aldehydes which can cross-link gelatin. As a result, buffering salts and acids can be used in conjunction with flavorings that contain aldehydes in order to inhibit cross-linking of the gelatin.

II. Method of Making

A. Fill Material

The fill material is prepared by mixing the agent (such as a salt of the drug), the deionizing agent, water, and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution is encapsulated using the appropriate gel mass. The pharmaceutical agent is present in an amount from about 10% to about 50% by weight. The deionizing agent is present in an amount from about 0.2 to 1.0 mole per mole of the pharmaceutical agent. Water is present in an amount from about 1% to about 20% by weight and polyethylene glycol is present in amount from about 10% to about 80% by weight. Optionally, propylene glycol and/or polyvinyl pyrrolidone are present in an amount from about 1% to about 10%.

B. Gel Mass

The main ingredients of the softgel capsule shell are gelatin, plasticizer, and purified water. Typical gel formulations contain (w/w) 40-50% gelatin, 20-30% plasticizer, and

6

30-40% purified water. Most of the water is subsequently lost during capsule drying. The ingredients are combined to form a molten gelatin mass using either a cold melt or a hot melt process. The prepared gel masses are transferred to preheated, temperature-controlled, jacketed holding tanks where the gel mass is aged at 50-60° C. until used for encapsulation.

1. Cold Melt Process

The cold melt process involves mixing gelatin with plasticizer and chilled water and then transferring the mixture to a jacket-heated tank. Typically, gelatin is added to the plasticizer at ambient temperature (18-22° C.). The mixture is cooked (57-95° C.) under vacuum for 15-30 minutes to a homogeneous, deaerated gel mass. Additional shell additives can be added to the gel mass at any point during the gel manufacturing process or they may be incorporated into the finished gel mass using a high torque mixer.

2. Hot Melt Process

The hot melt process involves adding, under mild agitation, the gelatin to a preheated (60-80° C.) mixture of plasticizer and water and stirring the blend until complete melting is achieved. While the hot melt process is faster than the cold melt process, it is less accurately controlled and more susceptible to foaming and dusting.

C. Softgel Capsule

Softgel capsules are typically produced using a rotary die encapsulation process. The gel mass is fed either by gravity or through positive displacement pumping to two heated (48-65° C.) metering devices. The metering devices control the flow of gel into cooled (10-18° C.), rotating casting drums. Ribbons are formed as the cast gel masses set on contact with the surface of the drums.

The ribbons are fed through a series of guide rolls and between injection wedges and the capsule-forming dies. A food-grade lubricant oil is applied onto the ribbons to reduce their tackiness and facilitate their transfer. Suitable lubricants include mineral oil, medium chain triglycerides, and soybean oil. Fill formulations are fed into the encapsulation machine by gravity. In the preferred embodiment, the softgels contain printing on the surface, optionally identifying the encapsulated agent and/or dosage.

III. Method of Use

The softgels may be used to encapsulate a wide range of pharmaceutically active agents, nutritional agents and personal care products. Softgel capsules may be administered orally to a patient to deliver a pharmaceutically active agent.

EXAMPLES

In the following examples, the fill material can be prepared by mixing the salt of one or more pharmaceutically active agents, the deionizing agent, water and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution can be encapsulated in a softgel capsule using the appropriate gel mass.

Example 1. Naproxen Sodium with Acetic Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |

US 9,693,978 B2

| 7 | 8 |

-continued

| Ingredients | % (by weight) |
|---|---|
| PEG 400 | 62.30 |
| Water | 7.40 |

Example 2. Naproxen Sodium with Citric Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Citric Acid | 4.75 |
| PVP | 1.85 |
| PEG 400 | 60.50 |
| Water | 7.40 |

Example 3. Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 4.72 |
| PVP | 1.85 |
| PEG 400 | 63.52 |
| Water | 7.40 |

Example 4. Naproxen Sodium with Acetic Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 31.15 |
| Water | 7.40 |
| PEG 600 | 31.15 |

Example 5. Naproxen Sodium with Citric Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Citric Acid | 4075 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |

Example 6. Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 4072 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |

Example 7. Naproxen Sodium with Lactic Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 27.50 |
| Lactic Acid | 5.27 |
| Propylene Glycol | 2.00 |
| PEG 400 | 64.64 |
| Water | 0.60 |

Example 8. Naproxen Sodium with Lactic Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 0.24-0.35M |
| Propylene glycol | 2.00 |
| PEG 600. | q.s. |

Example 9. Naproxen Sodium with Lactic Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene glycol | 2.00 |
| PEG 600 | 61.2 |
| PEG 1000 | 6.80 |

Example 10. Naproxen Sodium with Lactic Acid as the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic acid | 5.00 |
| Propylene glycol | 2.00 |

US 9,693,978 B2

9

-continued

| Ingredients | % (by weight) |
|---|---|
| PEG 600 | 51.00 |
| PEG 1000 | 17.00 |

Example 11. Naproxen Sodium with Lactic Acid as
the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene glycol | 2.00 |
| PEG 600 | 34.00 |
| PEG 1000 | 34.00 |

Example 12. Naproxen Sodium with Lactic Acid as
the Deionizing Agent

Fill Material:

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic acid | 5.00 |
| Propylene glycol | 2.00 |
| PEG 600 | 17.00 |
| PEG 1000 | 51.00 |

It is understood that the disclosed invention is not limited to the particular methodology, protocols, and reagents described as these may vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to limit the scope of the present invention which will be limited only by the appended claims.

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of skill in the art to which the disclosed invention belongs. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are as described. Publications cited herein and the materials for which they are cited are specifically incorporated by reference. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described herein. Such equivalents are intended to be encompassed by the following claims.

We claim:

**1**. A pharmaceutical composition comprising soft gelatin capsule comprising a fill material comprising:
(a) a naproxen salt;
(b) about 5% lactic acid by weight of the fill material; and
(c) polyethylene glycol.

10

**2**. The composition of claim **1**, wherein polyethylene glycol comprises about 10% to about 80% by weight of the fill material.

**3**. The composition of claim **1**, wherein the polyethylene glycol comprises one or more polyethylene glycols comprising molecular weights between 300 and 1500.

**4**. The composition of claim **1**, further comprising one or more excipients.

**5**. The composition of claim **4**, wherein the excipients comprise plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, pH-adjusting agents, dyes, preservatives, solvents, surfactants, or combinations thereof.

**6**. The composition of claim **1**, further comprising a solubilizer selected from glycerin, polyvinylpyrrolidone, propylene glycol, or a combination thereof.

**7**. The composition of claim **6**, wherein the solubilizer is present in amount from about 1% to about 10% by weight of the fill material.

**8**. A method of making the composition of claim **1**, the method comprising the steps of:
(i) mixing the naproxen salt, lactic acid, and polyethylene glycol at an appropriate temperature to form a fill material; and
(ii) encapsulating the fill material in a soft gelatin capsule.

**9**. The method of claim **8**, wherein the appropriate temperature is from about 50° C. to about 70° C.

**10**. A soft gelatin capsule comprising a fill material, the fill material comprising:
(a) a naproxen salt;
(b) about 5% lactic acid by weight of the fill material; and
(c) polyethylene glycol.

**11**. The capsule of claim **10**, wherein polyethylene glycol comprises about 10% to about 80% by weight of the fill material.

**12**. The capsule of claim **10**, wherein the polyethylene glycol comprises one or more polyethylene glycols comprising molecular weights between 300 and 1500.

**13**. The capsule of claim **10**, further comprising one or more excipients.

**14**. The capsule of claim **13**, wherein the excipients comprise plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, pH-adjusting agents, dyes, preservatives, solvents, surfactants, or combinations thereof.

**15**. The capsule of claim **10**, further comprising a solubilizer selected from glycerin, polyvinylpyrrolidone, propylene glycol or a combination thereof.

**16**. The capsule of claim **15**, wherein the solubilizer comprises about 1% to about 10% by weight of the fill material.

**17**. A method of using the capsule of claim **10** comprising administering to a patient in need thereof an effective amount of the capsule.

**18**. A soft gelatin capsule comprising a fill material comprising:
(a) about 10% to about 80% by weight of the fill material polyethylene glycol having a molecular weight between 300 and 1500;
(b) about 10% to about 50% by weight of the fill material naproxen sodium; and
(c) about 5% of the fill material lactic acid.

**19**. A method of using the capsule of claim **18** comprising administering to a patient in need thereof an effective amount of the capsule.

US 9,693,978 B2

11

**20**. A pharmaceutical composition prepared by a method comprising preparing a fill material comprising:

mixing together

(a) a naproxen salt;

(b) about 5% by weight of the fill material lactic acid; and

(c) polyethylene glycol having a molecular weight between 300 and 1500.

**21**. A soft gelatin capsule prepared by a method comprising:

(a) producing a fill material by mixing:

(i) a naproxen salt;

(ii) about 5% by weight of the fill material lactic acid;

(iii) polyethylene glycol having a molecular weight between 300 and 1500; and

(b) encapsulating the mixture in a soft gelatin capsule.

**22**. The composition of claim **1**, wherein the naproxen salt comprises sodium naproxen.

**23**. The composition of claim **6**, wherein the solubilizer comprises polyvinylpyrrolidone.

**24**. The method of claim **8**, wherein the naproxen salt comprises sodium naproxen.

**25**. A capsule produced by the method of claim **8**.

**26**. The capsule of claim **10**, wherein the naproxen salt comprises sodium naproxen.

**27**. The capsule of claim **15**, wherein the solubilizer comprises polyvinylpyrrolidone.

12

**28**. The capsule of claim **18**, wherein the fill further comprises a solubilizer.

**29**. The capsule of claim **28**, wherein the solubilizer comprises about 1% to about 10% by weight of the fill material.

**30**. The capsule of claim **28**, wherein the solubilizer comprises polyvinylpyrrolidone.

**31**. The method of claim **20**, wherein the naproxen salt comprises sodium naproxen.

**32**. The method of claim **20**, wherein the fill material further comprises a solubilizer.

**33**. The method of claim **32**, wherein the solubilizer comprises about 1% to about 10% by weight of the fill material.

**34**. The method of claim **32**, wherein the solubilizer comprises polyvinylpyrrolidone.

**35**. The capsule of claim **21**, wherein the naproxen salt comprises sodium naproxen.

**36**. The capsule of claim **21**, wherein the fill material further comprises a solubilizer.

**37**. The capsule of claim **36**, wherein the solubilizer comprises about 1% to about 10% by weight of the fill material.

**38**. The capsule of claim **36**, wherein the solubilizer comprises polyvinylpyrrolidone.

\* \* \* \* \*

# EXHIBIT B



US009693979B2

(12) **United States Patent**
Chidambaram et al.

(10) Patent No.: **US 9,693,979 B2**
(45) Date of Patent: ***Jul. 4, 2017**

(54) **LIQUID DOSAGE FORMS OF SODIUM NAPROXEN**

(71) Applicant: **BANNER LIFE SCIENCES LLC**, High Point, NC (US)

(72) Inventors: **Nachiappan Chidambaram**, Sandy, UT (US); **Aqeel A Fatmi**, High Point, NC (US)

(73) Assignee: **Banner Life Sciences LLC**, High Point, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/159,972**

(22) Filed: **May 20, 2016**

(65) **Prior Publication Data**

US 2016/0263063 A1     Sep. 15, 2016

**Related U.S. Application Data**

(60) Division of application No. 14/977,808, filed on Dec. 22, 2015, which is a continuation of application No. 11/367,238, filed on Mar. 3, 2006, now abandoned.

(60) Provisional application No. 60/659,679, filed on Mar. 8, 2005.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/192* | (2006.01) |
| *A61K 9/48* | (2006.01) |
| *A61K 31/765* | (2006.01) |
| *A61K 47/12* | (2006.01) |
| *A61K 9/50* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/192* (2013.01); *A61K 9/0053* (2013.01); *A61K 9/4825* (2013.01); *A61K 9/4833* (2013.01); *A61K 9/4858* (2013.01); *A61K 9/4866* (2013.01); *A61K 9/50* (2013.01); *A61K 9/5089* (2013.01); *A61K 31/765* (2013.01); *A61K 47/12* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,071,643 A | 12/1991 | Patel | |
| 5,360,615 A * | 11/1994 | Yu ....................... | A61K 9/2009 424/455 |
| 5,484,606 A | 1/1996 | Dhabhar | |
| 5,505,961 A | 4/1996 | Shelley | |
| 5,541,210 A | 7/1996 | Bogdan | |
| 5,648,358 A | 7/1997 | Mitra | |
| 5,885,608 A | 3/1999 | McEntee | |
| 5,912,011 A | 6/1999 | Yamada | |
| 6,287,594 B1 | 9/2001 | Meyer | |
| 6,365,180 B1 | 4/2002 | Wilson | |
| 6,383,515 B2 | 5/2002 | Sawyer | |
| 6,387,400 B1 | 5/2002 | Webster | |
| 6,689,382 B2 | 2/2004 | Gomez | |
| 7,101,572 B2 | 9/2006 | Santos | |
| 2001/0007668 A1 | 7/2001 | Sawyer | |
| 2002/0187195 A1 | 12/2002 | Sawyer | |
| 2004/0157928 A1 | 8/2004 | Lee | |
| 2005/0158377 A1 * | 7/2005 | Popp .................... | A61K 9/4866 424/451 |
| 2006/0099246 A1 * | 5/2006 | Tanner ................. | A61K 9/4816 424/451 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2600023 C | 11/2011 |
| WO | 9531979 A1 | 11/1995 |

OTHER PUBLICATIONS

Wikipedia (https://en.wikipedia.org/wiki/Conjugate_acid (downloaded on Jul. 8, 2016).*
EP2006737018 Intention to Grant a European Patent, Nov. 18, 2015.
EP2016163757.4 Extended European Search Report, May 19, 2016.
Wikipedia "Self-ionization of water", http://en.wikipedia.org/wiki/Selfionization_of water, Accessed Mar. 2010.

* cited by examiner

*Primary Examiner* — Jake Vu

(74) *Attorney, Agent, or Firm* — Brinks Gilson & Lione

(57) **ABSTRACT**

Described herein are oral pharmaceutical compositions comprising liquid dosage forms of sodium naproxen in soft gel capsules. In one embodiment, the pharmaceutical composition comprises sodium naproxen, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of naproxen, polyethylene glycol, and one or more solubilizers such as propylene glycol, polyvinyl pyrrolidone or a combination thereof.

**19 Claims, No Drawings**

US 9,693,979 B2

1

# LIQUID DOSAGE FORMS OF SODIUM NAPROXEN

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 14/977,808, filed on Dec. 22, 2015, which is continuation of U.S. patent application Ser. No. 11/367,238, filed Mar. 3, 2006, which claims priority under 35 U.S.C. §119(e) to U.S. Provisional Patent Application No. 60/659,679, filed Mar. 8, 2005, each of which are incorporated herein in its entirety by express reference thereto.

## TECHNICAL FIELD

This application describes liquid dosage forms of sodium naproxen in soft gelatin capsules.

## BACKGROUND

Filled one-piece soft gelatin capsules ("softgels") have been widely used for years to encapsulate consumable materials such as vitamins and pharmaceuticals in a liquid vehicle or carrier. Because softgels have properties which are quite different from two-piece hardshell capsules, softgels are more capable of retaining a liquid fill material.

Not all liquids may be enclosed in a softgel capsule. Liquids containing more than about 20% water by weight are generally not enclosed in softgels, because the water tends to dissolve the gelatin shell. Other solvents such as propylene glycol, glycerin, low molecular weight alcohols, ketones, acids, amines, and esters all tend to degrade or dissolve the gelatin shell to some extent.

Softgels are also somewhat sensitive to pH, and generally require a pH in the encapsulated liquid from about 2.5 to about 7.5. Highly acidic liquids may hydrolyze the gelatin, resulting in leaks, while basic liquids may tan the gelatin, resulting in decreased solubility of the gelatin shell.

Pharmaceutical liquids are usually enclosed in softgels as either viscous solutions or suspensions. Suspensions are pharmaceutically less desirable because they can settle during manufacture, which leads to a less uniform product. In contrast, solutions provide the best liquid form for obtaining optimal "content uniformity" in a batch. Further, solutions typically provide a faster and more uniform absorption of an active agent than do suspensions.

Suitable softgel solutions, however, can be difficult to achieve. One constraint is size. Many pharmaceutical agents require volumes of solvent too large to produce a softgel capsule small enough to be taken by patients. The solvent must also have sufficient solvating power to dissolve a large amount of the pharmaceutical agent to produce a concentrated solution and yet not dissolve, hydrolyze or tan the gelatin shell.

Concentrated solutions of pharmaceutical agents for use in softgel capsules have been described. Most of these systems involve ionizing the free pharmaceutical agent in situ to the corresponding salt. For example, U.S. Pat. No. 5,360,615 to Yu et al. discloses a solvent system for enhancing the solubility of acidic, basic, or amphoteric pharmaceutical agents. The solvent system comprises polyethylene glycol, an ionizing agent, and water. The ionizing agent functions by causing the partial ionization of the free pharmaceutical agent. U.S. Pat. No. 6,383,515, U.S. Patent Application Publication No. 2002/0187195, and U.S. Patent Application Publication No. 2001/0007668 to Sawyer et al.

2

discloses pharmaceutically acceptable solutions containing a medicament suitable for filling softgel capsules comprising a polymer such as polyethylene glycol and an acid salt of a compound having three or more carbon atoms, such as sodium propionate. The salt helps to ionize the medicament without relying on the use of strong acids or bases. U.S. Pat. No. 6,689,382 to Berthel et al. describes a pharmaceutical formulation suitable for filling softgel capsules comprising (a) a therapeutically effective amount of a non-steroidal anti-inflammatory drug (NSAID); and (b) a solvent system comprising 40% to 60% by weight a polyoxyethylene ether, 15% to 35% by weight of glycerin and 15% to 35% by weight water. In cases where the NSAID has a carboxyl or an acidic functional group, the solvent system also includes hydroxide ions. U.S. Pat. No. 5,505,961 to Shelley et al. describes a method for increasing the solubility of acet-aminophen alone or in combination with other pharmaceutically active agents to form a clear solution for encapsulation into a softgel capsule. The method comprises solubilizing acetaminophen in a mixture of propylene glycol, polyethylene glycol, water, polyvinylpyrrolidone and sodium or potassium acetate.

The previously described methods all involve the conversion of the free pharmaceutical agent to the corresponding salt. In cases where the free pharmaceutical agent is acidic, the resulting anion can react with the polyethylene glycol in the fill to produce polyethylene glycol esters, thus reducing the amount of available pharmaceutical agent.

There is a need for a solvent system containing a medicament, which can be encapsulated in a softgel capsule, wherein the formation of PEG esters is minimized.

Therefore, it is an object of the invention to provide a stable solvent system for pharmaceutical agents, which is suitable for encapsulation in a softgel capsule, wherein the formation of PEG esters is minimized.

## SUMMARY

Liquid and semi-solid pharmaceutical compositions, which can be administered in liquid form or can be used for preparing capsules, are described herein. The composition comprises the salt of one or more active agents, such as naproxen, and 0.2-1.0 mole equivalents of a de-ionizing agent per mole of active agent. The pH of the composition is adjusted within the range of 2.5-7.5. The de-ionizing agent causes partial de-ionization (neutralization) of the salt of the active agent resulting in enhanced bioavailability of salts of weakly acidic, basic or amphoteric active agents as well as decreased amounts of polyethylene glycol (PEG) esters.

Described herein are oral pharmaceutical compositions comprising liquid dosage forms of sodium naproxen in soft gel capsules. In one embodiment, the pharmaceutical composition comprises sodium naproxen, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of naproxen, polyethylene glycol, and one or more solubilizers such as propylene glycol, polyvinyl pyrrolidone or a combination thereof.

One embodiment described herein is a pharmaceutical composition comprising a soft gel capsule encapsulating a liquid matrix comprising: (a) naproxen sodium; (b) one or more deionizing agents comprising fumaric acid, maleic acid, tartaric acid, citric acid, malic acid, acetic acid, propionic acid, pyruvic acid, butanoic acid, or lactic acid in an amount of from 0.2 to 1.0 mole equivalents per mole of naproxen sodium; (c) one or more polyethylene glycols; and (d) one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof. In one aspect described herein, the deionizing agent comprises

US 9,693,979 B2

3

citric acid or lactic acid. In another aspect described herein, the deionizing agent comprises lactic acid. In another aspect described herein, the polyethylene glycol comprises from about 10% to about 80% by weight of the composition. In another aspect described herein, the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500. In another aspect described herein, the polyethylene glycol comprises polyethylene glycol 600. In another aspect described herein, the solubilizer comprises from about 1% to 10% by weight of the composition. In another aspect described herein, the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol. In another aspect described herein, the composition further comprises one or more excipients comprising plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

Another embodiment described herein is a pharmaceutical composition comprising: (a) about 25% naproxen sodium by weight; (b) lactic acid in an amount of from about 0.2 to about 1.0 mole equivalents per mole of naproxen sodium; (c) about 10% to about 80% of one or more polyethylene glycols by weight; and (d) about 1% to about 10% by weight of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof. In one aspect described herein, the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500. In another aspect described herein, the polyethylene glycol comprises polyethylene glycol 600. In another aspect described herein, the solubilizer comprises propylene glycol and polyvinyl pyrrolidone. In another aspect described herein, the lactic acid comprises about 0.6 mole equivalents per mole of naproxen sodium. In another aspect described herein, the weight percentage of lactic acid is about 5%. In another aspect described herein, the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol. In another aspect described herein, the composition further comprises one or more excipients selected from plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof. In another aspect described herein, the pH is from about 2.5 to about 7.5. In another aspect described herein, the composition is encapsulated in a softgel capsule. In another aspect described herein, the softgel capsule comprises: (a) gelatin; (b) plasticizer; and (c) purified water.

Another embodiment described herein is a method for making a pharmaceutical composition, the method comprising: (a) mixing together (i) about 25% naproxen sodium by weight; (ii) lactic acid in an amount of from about 0.2 to about 1.0 mole equivalents per mole of naproxen sodium; (ii) about 10% to about 80% of one or more polyethylene glycols by weight; and (iv) about 1% to about 10% by weight of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof; and (b) encapsulating the mixture in a softgel capsule using rotary die encapsulation.

Another embodiment described herein is an oral dosage form produced by the method described herein.

DETAILED DESCRIPTION

I. Composition
  A. Fill Materials
  1. Drugs to be Formulated

4

The formulation can contain any therapeutic, diagnostic, prophylactic or nutraceutical agent. Exemplary agents include, but are not limited to, analeptic agents; analgesic agents; anesthetic agents; antiasthmatic agents; antiarthritic agents; anticancer agents; anticholinergic agents; anticonvulsant agents; antidepressant agents; antidiabetic agents; antidiarrheal agents; antiemetic agents; antihelminthic agents; antihistamines; antihyperlipidemic agents; antihypertensive agents; anti-infective agents; anti-inflammatory agents; antimigraine agents; antineoplastic agents; antiparkinson drugs; antipruritic agents; antipsychotic agents; antipyretic agents; antispasmodic agents; antitubercular agents; antiulcer agents; antiviral agents; anxiolytic agents; appetite suppressants (anorexic agents); attention deficit disorder and attention deficit hyperactivity disorder drugs; cardiovascular agents including calcium channel blockers, antianginal agents, central nervous system ("CNS") agents, beta-blockers and antiarrhythmic agents; central nervous system stimulants; diuretics; genetic materials; hormonolytics; hypnotics; hypoglycemic agents; immunosuppressive agents; muscle relaxants; narcotic antagonists; nicotine; nutritional agents; parasympatholytics; peptide drugs; psychostimulants; sedatives; sialagogues, steroids; smoking cessation agents; sympathomimetics; tranquilizers; vasodilators; beta-agonist; and tocolytic agents.

A first class of drugs is selected based on inclusion in the molecule of a weakly acidic, basic or amphoteric group that can form a salt. Any drug that bears an acidic or a basic functional group, for example, an amine, imine, imidazoyl, guanidine, piperidinyl, pyridinyl, quaternary ammonium, or other basic group, or a carboxylic, phosphoric, phenolic, sulfuric, sulfonic or other acidic group, can react with the de-ionizing agent.

Some specific drugs that bear acidic or basic functional groups and thus may be converted to the corresponding salt for use in the described formulations include, but are not limited to, Acetaminophen, Acetylsalicylic acid, Alendronic acid, Alosetron, Amantadine, Amlopidine, Anagrelide, Argatroban, Atomoxetine, Atrovastatin, Azithromycin dehydrate, Balsalazide, Bromocriptan, Bupropion, Candesartan, Carboplatin, Ceftriaxone, Clavulonic acid, Clindamycin, Cimetadine, Dehydrocholic (acid), Dexmethylphenidate, Diclofenac, Dicyclomine, Diflunisal, Diltiazem, Donepezil, Doxorubicin, Doxepin, Epirubicin, Etodolic acid, Ethacrynic acid, Fenoprofen, Fluoxetine, Flurbiprofen, Furosemide, Gemfibrozil, Hydroxyzine, Ibuprofen, Imipramine, Indomethacin, Ketoprofen, Levothyroxine, Maprolitline, Meclizine, Methadone, Methylphenidate, Minocycline, Mitoxantone, Moxifloxacin, Mycophenolic acid, Naproxen, Niflumic acid, Ofloxacin, Ondansetron, Pantoprazole, Paroxetine, Pergolide, Pramipexole, Phenytoin, Pravastain, Probenecid, Rabeprazole, Risedronic acid, Retinoic acid, Ropinirole, Selegiline, Sulindac, Tamsulosin, Telmisertan, Terbinafine, Theophyline, Tiludronic Acid, Tinzaparin, Ticarcillin, Tometin, Valproic acid, Salicylic acid, Sevelamer, Ziprasidone, Zoledronic acid, Acetophenazine, Albuterol, Almotriptan, Amitriptyline, Amphetamine, Atracurium, Beclomethasone, Benztropine, Biperiden, Bosentan, Bromodiphenhydramine, Brompheniramine carbinoxamine, Caffeine, Capecitabine, Carbergoline, Cetirizine, Chlocylizine, Chlorpheniramine, Chlorphenoxamine, Chlorpromazine, Citalopram, Clavunate potassium, Ciprofloxacin, Clemastine, Clomiphene, Clonidine, Clopidogrel, Codeine, Cyclizine, Cyclobenzaprine, Cyproheptadine, Delavirdine, Diethylpropion, Divalproex, Desipramine, Dexmethylphenidate, Dexbrompheniramine, Dexchlopheniramine, Dexchlor, Dextroamphetamine, Dexedrine, Dex-

US 9,693,979 B2

5

tromethorphan, Fiflunisal, Diphemanil methylsulphate, Diphenhydramine, Dolasetron, Doxylamine, Enoxaparin, Ergotamine, Ertepenem, Eprosartan, Escitalopram, Esomeprazole, Fenoldopam, Fentanyl, Fexofenadine, Flufenamic acid, Fluvastatin, Fluphenazine, Fluticasone, Fosinopril, Frovatriptan, Gabapentin, Galatamine, Gatifloxacin, Gemcitabine, Haloperidol, Hyalurondate, Hydrocodone, Hydroxychloroquine, Hyoscyamine, Imatinib, Imipenem, Ipatropin, Lisinopril, Leuprolide, Levopropoxyphene, Losartan, Meclofenamic acid, Mefanamic acid, Mesalamine, Mepenzolate, Meperidine, Mephentermine, Mesalimine, Mesoridazine, Metaproteranol, Metformin, Methdialazine, Methscopolamine, Methysergide, Metoprolol, Metronidazole, Mibefradil, Montelukast, Morphine, Mometasone, Naratriptan, Nelfinavir, Nortriptylene, Noscapine, Nylindrin, Omeprazole, Orphenadrine, Oseltamivir, Oxybutynin, Papaverine, Pentazocine, Phendimetrazine, Phentermine, Pioglitazone, Pilocarpine, Prochloroperazine, Pyrilamine, Quetapine, Ranitidine, Rivastigmine, Rosiglitazone, Salmetrol, Sertaline, Sotalol, Sumatriptan, Tazobactam, Tacrolimus, Tamoxifen, Ticlopidine, Topiramate, Tolterodine, Triptorelin, Triplennamine, Triprolidine, Tramadol, Trovofloxacin, Ursodiol, Promazine, Propoxyphene, Propanolol, Pseudoephedrine, Pyrilamine, Quinidine, Oxybate sodium, Sermorelin, Tacrolimus, Tegaseroid, Teriparatide, Tolterodine, Triptorelin pamoate, Scopolamine, Venlafaxine, Zamivir, Aminocaproic acid, Aminosalicylic acid, Hydromorphone, Isosuprine, Levorphanol, Melhalan, Nalidixic acid, and Para-aminosalicylic acid.

2. Deionizing Agent

The deionizing agent functions by causing partial deionization (neutralization) of the salt of one or more pharmaceutically active agents. When the active agent is the salt of a weak acid and a strong base, the deionizing agent is preferably a hydrogen ion species. When the active agent is the salt of a weak base and a strong acid, the deionizing agent is preferably a hydroxide ion species. The deionizing agent is preferably present in an amount between 0.2 to 1.0 mole equivalents per mole of the pharmaceutically active agent.

Exemplary hydrogen ion species useful as de-ionizing agents described herein, include, but are not limited to, hydrochloric acid, hydrobromic acid, hydroiodic acid, sulfuric acid, fumaric acid, maleic acid, tartaric acid, methane-, ethane-, and benzene sulfonates, citric acid, malic acid, acetic acid, proprionic acid, pyruvic acid, butanoic acid, and lactic acid.

Exemplary hydroxide ion species useful as de-ionizing agents described herein, include, but are not limited to, metal hydroxides such as sodium hydroxide, potassium hydroxide, ammonium hydroxide, calcium hydroxide, aluminum hydroxide, and magnesium hydroxide.

Additional acid or base can be added to adjust the pH of the fill composition. In a preferred embodiment, the pH of the fill composition is from about 2.5 to about 7.5.

3. Excipients

Formulations may be prepared using a pharmaceutically acceptable carrier composed of materials that are considered safe and effective and may be administered to an individual without causing undesirable biological side effects or unwanted interactions. The carrier is all components present in the pharmaceutical formulation other than the active ingredient or ingredients. As generally used herein "carrier" includes, but is not limited to, plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, pH-adjusting agents and combinations thereof.

6

In a preferred embodiment, a mixture of polyethylene glycol and water is used as a solvent for the salt of the active agent and the de-ionizing agent. Polyethylene glycol is present in an amount from about 10% to about 80% by weight. Water is present in an amount from about 1% to 18% by weight. The molecular weight of polyethylene glycol is between 300 and 1500. Other suitable solvents include surfactants and copolymers of polyethylene glycol. Optionally, glycerin, polyvinyl pyrrolidone (PVP) or propylene glycol (PPG) can be added to enhance the solubility of the drug agent.

B. Shell Compositions

1. Gelatin

Gelatin is the product of the partial hydrolysis of collagen. Gelatin is classified as either Type A or Type B gelatin. Type A gelatin is derived from the acid hydrolysis of collagen while Type B gelatin is derived from alkaline hydrolysis of collagen. Traditionally, bovine bones and skins have been used as raw materials for manufacturing Type A and Type B gelatin while porcine skins have been used extensively for manufacturing Type A gelatin. In general acid-processed gelatins form stronger gels than lime-processed gelatins of the same average molecular weight.

2. Other Shell Additives

Other suitable shell additives include plasticizers, opacifiers, colorants, humectants, preservatives, flavorings, and buffering salts and acids.

Plasticizers are chemical agents added to gelatin to make the material softer and more flexible. Suitable plasticizers include glycerin, sorbitol solutions which are mixtures of sorbitol and sorbitan, and other polyhydric alcohols such as propylene glycol and maltitol or combinations thereof.

Opacifiers are used to opacify the capsule shell when the encapsulated active agents are light sensitive. Suitable opacifiers include titanium dioxide, zinc oxide, calcium carbonate and combinations thereof.

Colorants can be used to for marketing and product identification/differentiation purposes. Suitable colorants include synthetic and natural dyes and combinations thereof.

Humectants can be used to suppress the water activity of the softgel. Suitable humectants include glycerin and sorbitol, which are often components of the plasticizer composition. Due to the low water activity of dried, properly stored softgels, the greatest risk from microorganisms comes from molds and yeasts. For this reason, preservatives can be incorporated into the capsule shell. Suitable preservatives include alkyl esters of p-hydroxy benzoic acid such as methyl, ethyl, propyl, butyl and heptyl (collectively known as "parabens") or combinations thereof.

Flavorings can be used to mask unpleasant odors and tastes of fill formulations. Suitable flavorings include synthetic and natural flavorings. The use of flavorings can be problematic due to the presence of aldehydes which can cross-link gelatin. As a result, buffering salts and acids can be used in conjunction with flavorings that contain aldehydes in order to inhibit cross-linking of the gelatin.

II. Methods of Making

A. Fill Material

The fill material is prepared by mixing the agent (such as a salt of the drug), the deionizing agent, water, and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution is encapsulated using the appropriate gel mass. The pharmaceutical agent is present in an amount from about 10% to about 50% by weight. The deionizing agent is present in an amount from about 0.2 to 1.0 mole per mole of the pharmaceutical agent. Water is present in an amount from about 1% to about 20% by weight and poly-

US 9,693,979 B2

7

8

ethylene glycol is present in amount from about 10% to about 80% by weight. Optionally, propylene glycol and/or polyvinyl pyrrolidone are present in an amount from about 1% to about 10%.

B. Gel Mass

The main ingredients of the softgel capsule shell are gelatin, plasticizer, and purified water. Typical gel formulations contain (w/w) 40-50% gelatin, 20-30% plasticizer, and 30-40% purified water. Most of the water is subsequently lost during capsule drying. The ingredients are combined to form a molten gelatin mass using either a cold melt or a hot melt process. The prepared gel masses are transferred to preheated, temperature-controlled, jacketed holding tanks where the gel mass is aged at 50-60° C. until used for encapsulation.

1. Cold Melt Process

The cold melt process involves mixing gelatin with plasticizer and chilled water and then transferring the mixture to a jacket-heated tank. Typically, gelatin is added to the plasticizer at ambient temperature (18-22° C.). The mixture is cooked (57-95° C.) under vacuum for 15-30 minutes to a homogeneous, deaerated gel mass. Additional shell additives can be added to the gel mass at any point during the gel manufacturing process or they may be incorporated into the finished gel mass using a high torque mixer.

2. Hot Melt Process

The hot melt process involves adding, under mild agitation, the gelatin to a preheated (60-80° C.) mixture of plasticizer and water and stirring the blend until complete melting is achieved. While the hot melt process is faster than the cold melt process, it is less accurately controlled and more susceptible to foaming and dusting.

C. Softgel Capsule

Softgel capsules are typically produced using a rotary die encapsulation process. The gel mass is fed either by gravity or through positive displacement pumping to two heated (48-65° C.) metering devices. The metering devices control the flow of gel into cooled (10-18° C.), rotating casting drums. Ribbons are formed as the cast gel masses set on contact with the surface of the drums.

The ribbons are fed through a series of guide rolls and between injection wedges and the capsule-forming dies. A food-grade lubricant oil is applied onto the ribbons to reduce their tackiness and facilitate their transfer. Suitable lubricants include mineral oil, medium chain triglycerides, and soybean oil. Fill formulations are fed into the encapsulation machine by gravity. In the preferred embodiment, the softgels contain printing on the surface, optionally identifying the encapsulated agent and/or dosage.

III. Methods of Use

The softgels may be used to encapsulate a wide range of pharmaceutically active agents, nutritional agents and personal care products. Softgel capsules may be administered orally to a patient to deliver a pharmaceutically active agent.

It is understood that the disclosed invention is not limited to the particular methodology, protocols, and reagents described as these may vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to limit the scope of the present invention which will be limited only by the appended claims.

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of skill in the art to which the disclosed invention belongs. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are as described. Publications cited herein and the materials for which they are cited are specifically incorporated by reference. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

EXAMPLES

In the following examples, the fill material can be prepared by mixing the salt of one or more pharmaceutically active agents, the deionizing agent, water and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution can be encapsulated in a softgel capsule using the appropriate gel mass.

Example 1. Naproxen Sodium with Acetic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 62.30 |
| Water | 7.40 |
| TOTAL | 100% |

Example 2. Naproxen Sodium with Citric Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Citric Acid | 4.75 |
| PVP | 1.85 |
| PEG 400 | 60.50 |
| Water | 7.40 |
| TOTAL | 100% |

Example 3 Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 4.72 |
| PVP | 1.85 |
| PEG 400 | 63.52 |
| Water | 7.40 |
| TOTAL | 100% |

Example 4. Naproxen Sodium with Acetic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 31.15 |
| Water | 7.40 |
| PEG 600 | 31.15 |

US 9,693,979 B2

**9**

-continued

Example 4. Naproxen Sodium with Acetic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| TOTAL | 100% |

Example 5. Naproxen Sodium with Citric Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.50 |
| Citric Acid | 40.75 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |
| TOTAL | 100% |

Example 6. Naproxen Sodium with Hydrochloric
Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 40.72 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |
| TOTAL | 100% |

Example 7. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 27.50 |
| Lactic Acid | 5.27 |
| Propylene Glycol | 2.00 |
| PEG 400 | 64.64 |
| Water | 0.60 |
| TOTAL | 100% |

Example 8. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.00 |
| Lactic Acid | 0.24-0.35M |
| Propylene Glycol | 2.00 |
| PEG 600 | q.s. |
| TOTAL | 100% |

**10**

Example 9. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 61.20 |
| PEG 1000 | 6.80 |
| TOTAL | 100% |

Example 10. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 51.00 |
| PEG 1000 | 17.00 |
| TOTAL | 100% |

Example 11. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 34.00 |
| PEG 1000 | 34.00 |
| TOTAL | 100% |

Example 12. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
| --- | --- |
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 17.00 |
| PEG 1000 | 51.00 |
| TOTAL | 100% |

The invention claimed is:

1. A pharmaceutical composition comprising a soft gelatin capsule encapsulating a liquid matrix comprising:
   (a) naproxen sodium;
   (b) about 5% lactic acid by weight of the matrix;
   (c) one or more polyethylene glycols; and
   (d) one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof.

2. The composition of claim 1, wherein the polyethylene glycol comprises from about 10% to about 80% by weight of the matrix.

3. The composition of claim 1, wherein the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500.

US 9,693,979 B2

11

**4**. The composition of claim **1**, wherein the polyethylene glycol comprises polyethylene glycol 600.

**5**. The composition of claim **1**, wherein the solubilizer comprises from about 1% to 10% by weight of the matrix.

**6**. The composition of claim **1**, wherein the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol by weight of the matrix.

**7**. The composition of claim **1**, further comprising one or more excipients comprising plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

**8**. A pharmaceutical composition comprising a soft gelatin capsule encapsulating a liquid matrix comprising:

(a) about 25% naproxen sodium by weight of the matrix;

(b) about 5% lactic acid by weight of the matrix;

(c) about 10% to about 80% of polyethylene glycol 600 by weight of the matrix; and

(d) about 1% to about 10% of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof by weight of the matrix.

**9**. The composition of claim **8**, wherein the solubilizer comprises propylene glycol and polyvinyl pyrrolidone.

**10**. The composition of claim **8**, wherein the matrix comprises a mole ratio of lactic acid to naproxen sodium of about 0.6.

**11**. The composition of claim **8**, wherein the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol by weight of the matrix.

**12**. The composition of claim **8**, wherein the matrix further comprises one or more excipients selected from plasticizers, crystallization inhibitors, wetting agents, bulk

12

filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

**13**. The composition of claim **8**, wherein the matrix comprises a pH from about 2.5 to about 7.5.

**14**. The composition of claim **8**, wherein the soft gelatin capsule comprises:

(a) gelatin;

(b) plasticizer; and

(c) purified water.

**15**. A method for making the pharmaceutical composition of claim **8**, the method comprising:

(a) mixing together the components of **10**(*a*) to **10**(*d*) to form a mixture; and

(b) encapsulating the mixture in a soft gelatin capsule using rotary die encapsulation.

**16**. An oral dosage form produced by the method of claim **15**.

**17**. A pharmaceutical composition comprising a soft gelatin capsule encapsulating a liquid matrix comprising:

(a) about 25% naproxen sodium by weight of the matrix;

(b) about 5% lactic acid by weight of the matrix;

(c) quantum sufficit (q.s.) of polyethylene glycol 600; and

(d) about 1% to about 10% of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof by weight of the matrix.

**18**. The composition of claim **17**, wherein the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol by weight of the matrix.

**19**. The composition of claim **17**, wherein the matrix comprises a mole ratio of lactic acid to naproxen sodium of about 0.6.

\* \* \* \* \*

# EXHIBIT C

(12) **United States Patent**
Chidambaram et al.

(10) Patent No.: **US 10,022,344 B2**
(45) Date of Patent: ***Jul. 17, 2018**

(54) **LIQUID DOSAGE FORMS OF SODIUM NAPROXEN**

(71) Applicant: **PATHEON SOFTGELS INC**, High Point, NC (US)

(72) Inventors: **Nachiappan Chidambaram**, Sandy, UT (US); **Aqeel A. Fatmi**, High Point, NC (US)

(73) Assignee: **Patheon Softgels, Inc.**, High Point, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/817,471**

(22) Filed: **Nov. 20, 2017**

(65) **Prior Publication Data**

US 2018/0071236 A1    Mar. 15, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/591,512, filed on May 10, 2017, which is a continuation of application No. 14/977,808, filed on Dec. 22, 2015, now Pat. No. 9,693,978, which is a continuation of application No. 11/367,238, filed on Mar. 3, 2006, now abandoned.

(60) Provisional application No. 60/659,679, filed on Mar. 8, 2005.

(51) **Int. Cl.**
**A61K 31/192** (2006.01)
**A61K 9/48** (2006.01)
**A61K 9/00** (2006.01)

(52) **U.S. Cl.**
CPC .......... **A61K 31/192** (2013.01); **A61K 9/0053** (2013.01); **A61K 9/4825** (2013.01); **A61K 9/4833** (2013.01); **A61K 9/4858** (2013.01); **A61K 9/4866** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,035,973 A | 5/1962 | Klotz | |
| 5,071,643 A | 12/1991 | Yu et al. | |
| 5,141,961 A | 8/1992 | Coapman | |
| 5,360,615 A * | 11/1994 | Yu ........................ | A61K 9/2009 424/455 |
| 5,484,606 A | 1/1996 | Dhabhar | |
| 5,505,961 A | 4/1996 | Shelley | |
| 5,541,210 A | 7/1996 | Cupps et al. | |
| 5,641,512 A | 6/1997 | Cimiluca | |
| 5,648,358 A | 7/1997 | Mitra | |
| 5,885,608 A | 3/1999 | McEntee | |
| 5,912,011 A | 6/1999 | Yamada | |

| | | | |
|---|---|---|---|
| 6,066,339 A | 5/2000 | Stark et al. | |
| 6,251,426 B1 | 6/2001 | Gullapalli | |
| 6,287,594 B1 | 9/2001 | Meyer | |
| 6,365,180 B1 | 4/2002 | Wilson | |
| 6,383,515 B2 | 5/2002 | Sawyer et al. | |
| 6,387,400 B1 | 5/2002 | Webster | |
| 6,689,382 B2 | 2/2004 | Gomez | |
| 7,101,572 B2 | 9/2006 | Santos | |
| 2001/0007668 A1 | 7/2001 | Sawyer et al. | |
| 2002/0022058 A1 * | 2/2002 | Lovercheck ......... | A61K 31/135 424/601 |
| 2002/0187195 A1 | 12/2002 | Sawyer | |
| 2004/0157928 A1 | 8/2004 | Kim et al. | |
| 2004/0224020 A1 | 11/2004 | Schoenhard | |
| 2005/0158377 A1 * | 7/2005 | Popp .................... | A61K 9/4858 424/451 |
| 2006/0099246 A1 * | 5/2006 | Tanner ................. | A61K 9/4816 424/451 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 199531979 A1 | 11/1995 | |

OTHER PUBLICATIONS

Wikipedia (https://en.wikipedia.org/wiki/Conjugate_acid (downloaded on Jul. 8, 2016).*
Wikipedia "Self-ionization of water", http://en.wikipedia.org/wiki/Selfionization_of_water, Accessed Mar. 2010.
European Opposition of EP1863458 B2 (EP App. No. 06737018.9) (Jun. 26, 2017).
Patent Owner's Response to Opposition, EP1863458 B2 (Nov. 28, 2017).
Inter Partes Review Petition, IPR2018-00421 (Jan. 14, 2018).
IPR2018-00421 Declaration of Peter Draper regarding U.S. Pat. No. 9,693,978 (Jan. 14, 2018).
Inter Partes Review Petition, IPR2018-00422 (Jan. 14, 2018).
IPR2018-00422 Declaration of Peter Draper regarding U.S. Pat. No. 9,693,979 (Jan. 14, 2018).
Carbowax(TM) Polyethylene Glycol (PEG) 600 (Jun. 13, 2017) (D7).
Lactic Acid (Wikipedia) (Jun. 13, 2017) [German language] (D9).
US Pharmacopeia, Polyethylene Glycol (Jun. 13, 2017) (D11).
Citric Acid (Wikipedia) (Jun. 13, 2017) (D12).
Beyer, Water, "Lehrbuch der organishen Chemie," 21 ed. Stutgart Hirzel (1988) pp. 260, 280, 283; [German language; reactions in English] (D8, D10, D13).
Rautio, Jarkko, et al., "In Vitro Evaluation of Acyloxyalkyl Esters as Dermal Prodrugs of Ketoprofen and Naproxen," J. Pharm. Sci. 87(12):1622-1628 (1998).
Sevelius, H. et al., "Bioavailability of Naproxen Sodium and its Relationship to Clinical Analgesic Effects," Br. J. Clin. Pharmac. 10:259-263 (1980).
Morrison, Robert T. and Boyd, Robert N., Organic Chemistry, 4th ed. Allyn and Bacon, Boston (1983), p. 787.
Patent Owner's Preliminary Response, IPR2018-00421 (U.S. Pat. No. 9,693,978) May 22, 2018.

(Continued)

*Primary Examiner* — Jake M Vu

(74) *Attorney, Agent, or Firm* — Brinks Gilson & Lione

(57) **ABSTRACT**

Described herein are oral pharmaceutical compositions comprising liquid dosage forms of sodium naproxen in soft gel capsules. In one embodiment, the pharmaceutical composition comprises sodium naproxen, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of naproxen, polyethylene glycol, and one or more solubilizers such as propylene glycol, polyvinyl pyrrolidone or a combination thereof.

**20 Claims, No Drawings**

**US 10,022,344 B2**

Page 2

(56)        **References Cited**

OTHER PUBLICATIONS

Declaration of Mansoor Khan in support of Patent Owner's Pre-
liminary Response, IPR2018-00421 (U.S. Patent No. 9,693,978)
May 22, 2018.
Patent Owner's Preliminary Response, IPR2018-00422 (U.S. Pat.
No. 9,693,979) May 22, 2018.
Declaration of Mansoor Khan in support of Patent Owner's Pre-
liminary Response, IPR2018-00422 (U.S. Patent No. 9,693,979)
May 22, 2018.

* cited by examiner

US 10,022,344 B2

1

# LIQUID DOSAGE FORMS OF SODIUM NAPROXEN

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/591,512, filed on May 10, 2017, which is a continuation of U.S. patent application Ser. No. 14/977,808, filed on Dec. 22, 2015, now U.S. Pat. No. 9,693,978, which is continuation of U.S. patent application Ser. No. 11/367,238, filed Mar. 3, 2006, now abandoned, which claims priority under 35 U.S.C. § 119(e) to U.S. Provisional patent application Ser. No. 60/659,679, filed Mar. 8, 2005, each of which is incorporated herein in its entirety by express reference thereto.

## TECHNICAL FIELD

This application describes liquid dosage forms of sodium naproxen in soft gelatin capsules.

## BACKGROUND

Filled one-piece soft gelatin capsules ("softgels") have been widely used for years to encapsulate consumable materials such as vitamins and pharmaceuticals in a liquid vehicle or carrier. Because softgels have properties which are quite different from two-piece hardshell capsules, softgels are more capable of retaining a liquid fill material.

Not all liquids may be enclosed in a softgel capsule. Liquids containing more than about 20% water by weight are generally not enclosed in softgels, because the water tends to dissolve the gelatin shell. Other solvents such as propylene glycol, glycerin, low molecular weight alcohols, ketones, acids, amines, and esters all tend to degrade or dissolve the gelatin shell to some extent.

Softgels are also somewhat sensitive to pH, and generally require a pH in the encapsulated liquid from about 2.5 to about 7.5. Highly acidic liquids may hydrolyze the gelatin, resulting in leaks, while basic liquids may tan the gelatin, resulting in decreased solubility of the gelatin shell.

Pharmaceutical liquids are usually enclosed in softgels as either viscous solutions or suspensions. Suspensions are pharmaceutically less desirable because they can settle during manufacture, which leads to a less uniform product. In contrast, solutions provide the best liquid form for obtaining optimal "content uniformity" in a batch. Further, solutions typically provide a faster and more uniform absorption of an active agent than do suspensions.

Suitable softgel solutions, however, can be difficult to achieve. One constraint is size. Many pharmaceutical agents require volumes of solvent too large to produce a softgel capsule small enough to be swallowed by patients. The solvent must also have sufficient solvating power to dissolve a large amount of the pharmaceutical agent to produce a concentrated solution and yet not dissolve, hydrolyze or tan the gelatin shell.

Concentrated solutions of pharmaceutical agents for use in softgel capsules have been described. Most of these systems involve ionizing the free pharmaceutical agent in situ to the corresponding salt. For example, U.S. Pat. No. 5,360,615 to Yu et al. discloses a solvent system for enhancing the solubility of acidic, basic, or amphoteric pharmaceutical agents. The solvent system comprises polyethylene glycol, an ionizing agent, and water. The ionizing agent functions by causing the partial ionization of the free phar-

2

maceutical agent. U.S. Pat. No. 6,383,515, U.S. Patent Application Publication No. 2002/0187195, and U.S. Patent Application Publication No. 2001/0007668 to Sawyer et al. discloses pharmaceutically acceptable solutions containing a medicament suitable for filling softgel capsules comprising a polymer such as polyethylene glycol and an acid salt of a compound having three or more carbon atoms, such as sodium propionate. The salt helps to ionize the medicament without relying on the use of strong acids or bases. U.S. Pat. No. 6,689,382 to Berthel et al. describes a pharmaceutical formulation suitable for filling softgel capsules comprising (a) a therapeutically effective amount of a non-steroidal anti-inflammatory drug (NSAID); and (b) a solvent system comprising 40% to 60% by weight a polyoxyethylene ether, 15% to 35% by weight of glycerin and 15% to 35% by weight water. In cases where the NSAID has a carboxyl or an acidic functional group, the solvent system also includes hydroxide ions. U.S. Pat. No. 5,505,961 to Shelley et al. describes a method for increasing the solubility of acetaminophen alone or in combination with other pharmaceutically active agents to form a clear solution for encapsulation into a softgel capsule. The method comprises solubilizing acetaminophen in a mixture of propylene glycol, polyethylene glycol, water, polyvinylpyrrolidone and sodium or potassium acetate.

The previously described methods all involve the conversion of the free pharmaceutical agent to the corresponding salt. In cases where the free pharmaceutical agent is acidic, the resulting anion can react with the polyethylene glycol in the fill to produce polyethylene glycol esters, thus reducing the amount of available pharmaceutical agent.

There is a need for a solvent system containing a medicament, which can be encapsulated in a softgel capsule, wherein the formation of PEG esters is minimized.

Therefore, it is an object of the invention to provide a stable solvent system for pharmaceutical agents, which is suitable for encapsulation in a softgel capsule, wherein the formation of PEG esters is minimized.

## SUMMARY

Liquid and semi-solid pharmaceutical compositions, which can be administered in liquid form or can be used for preparing capsules, are described herein. The composition comprises the salt of one or more active agents, such as naproxen, and 0.2-1.0 mole equivalents of a de-ionizing agent per mole of active agent. The pH of the composition is adjusted within the range of 2.5-7.5. The de-ionizing agent causes partial de-ionization (neutralization) of the salt of the active agent resulting in enhanced bioavailability of salts of weakly acidic, basic or amphoteric active agents as well as decreased amounts of polyethylene glycol (PEG) esters.

Described herein are oral pharmaceutical compositions comprising liquid dosage forms of sodium naproxen in soft gel capsules. In one embodiment, the pharmaceutical composition comprises sodium naproxen, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of naproxen, polyethylene glycol, and one or more solubilizers such as propylene glycol, polyvinyl pyrrolidone or a combination thereof.

One embodiment described herein is a pharmaceutical composition comprising a soft gel capsule encapsulating a liquid matrix comprising: (a) naproxen sodium; (b) one or more deionizing agents comprising fumaric acid, maleic acid, tartaric acid, citric acid, malic acid, acetic acid, propionic acid, pyruvic acid, butanoic acid, or lactic acid in an amount of from 0.2 to 1.0 mole equivalents per mole of naproxen sodium; (c) one or more polyethylene glycols; and

**3**

(d) one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof. In one aspect described herein, the deionizing agent comprises citric acid or lactic acid. In another aspect described herein, the deionizing agent comprises lactic acid. In another aspect described herein, the polyethylene glycol comprises from about 10% to about 80% by weight of the composition. In another aspect described herein, the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500. In another aspect described herein, the polyethylene glycol comprises polyethylene glycol 600. In another aspect described herein, the solubilizer comprises from about 1% to 10% by weight of the composition. In another aspect described herein, the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol. In another aspect described herein, the composition further comprises one or more excipients comprising plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

Another embodiment described herein is a pharmaceutical composition comprising: (a) about 25% naproxen sodium by weight; (b) lactic acid in an amount of from about 0.2 to about 1.0 mole equivalents per mole of naproxen sodium; (c) about 10% to about 80% of one or more polyethylene glycols by weight; and (d) about 1% to about 10% by weight of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof. In one aspect described herein, the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500. In another aspect described herein, the polyethylene glycol comprises polyethylene glycol 600. In another aspect described herein, the solubilizer comprises propylene glycol and polyvinyl pyrrolidone. In another aspect described herein, the lactic acid comprises about 0.6 mole equivalents per mole of naproxen sodium. In another aspect described herein, the weight percentage of lactic acid is about 5%. In another aspect described herein, the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol. In another aspect described herein, the composition further comprises one or more excipients selected from plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof. In another aspect described herein, the pH is from about 2.5 to about 7.5. In another aspect described herein, the composition is encapsulated in a softgel capsule. In another aspect described herein, the softgel capsule comprises: (a) gelatin; (b) plasticizer; and (c) purified water.

Another embodiment described herein is a method for making a pharmaceutical composition, the method comprising: (a) mixing together (i) about 25% naproxen sodium by weight; (ii) lactic acid in an amount of from about 0.2 to about 1.0 mole equivalents per mole of naproxen sodium; (ii) about 10% to about 80% of one or more polyethylene glycols by weight; and (iv) about 1% to about 10% by weight of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof; and (b) encapsulating the mixture in a softgel capsule using rotary die encapsulation.

**4**

Another embodiment described herein is an oral dosage form produced by the method described herein.

DETAILED DESCRIPTION

I. Composition
  A. Fill Materials
    1. Drugs to be Formulated

The formulation can contain any therapeutic, diagnostic, prophylactic or nutraceutical agent. Exemplary agents include, but are not limited to, analeptic agents; analgesic agents; anesthetic agents; antiasthmatic agents; antiarthritic agents; anticancer agents; anticholinergic agents; anticonvulsant agents; antidepressant agents; antidiabetic agents; antidiarrheal agents; antiemetic agents; antihelminthic agents; antihistamines; antihyperlipidemic agents; antihypertensive agents; anti-infective agents; anti-inflammatory agents; antimigraine agents; antineoplastic agents; antiparkinson drugs; antipruritic agents; antipsychotic agents; antipyretic agents; antispasmodic agents; antitubercular agents; antiulcer agents; antiviral agents; anxiolytic agents; appetite suppressants (anorexic agents); attention deficit disorder and attention deficit hyperactivity disorder drugs; cardiovascular agents including calcium channel blockers, antianginal agents, central nervous system ("CNS") agents, beta-blockers and antiarrhythmic agents; central nervous system stimulants; diuretics; genetic materials; hormonolytics; hypnotics; hypoglycemic agents; immunosuppressive agents; muscle relaxants; narcotic antagonists; nicotine; nutritional agents; parasympatholytics; peptide drugs; psychostimulants; sedatives; sialagogues, steroids; smoking cessation agents; sympathomimetics; tranquilizers; vasodilators; beta-agonist; and tocolytic agents.

A first class of drugs is selected based on inclusion in the molecule of a weakly acidic, basic or amphoteric group that can form a salt. Any drug that bears an acidic or a basic functional group, for example, an amine, imine, imidazoyl, guanidine, piperidinyl, pyridinyl, quaternary ammonium, or other basic group, or a carboxylic, phosphoric, phenolic, sulfuric, sulfonic or other acidic group, can react with the de-ionizing agent.

Some specific drugs that bear acidic or basic functional groups and thus may be converted to the corresponding salt for use in the described formulations include, but are not limited to, Acetaminophen, Acetylsalicylic acid, Alendronic acid, Alosetron, Amantadine, Amlopidine, Anagrelide, Argatroban, Atomoxetine, Atrovastatin, Azithromycin dehydrate, Balsalazide, Bromocriptan, Bupropion, Candesartan, Carboplatin, Ceftriaxone, Clavulonic acid, Clindamycin, Cimetadine, Dehydrocholic (acid), Dexmethylphenidate, Diclofenac, Dicyclomine, Diflunisal, Diltiazem, Donepezil, Doxorubicin, Doxepin, Epirubicin, Etodolic acid, Ethacrynic acid, Fenoprofen, Fluoxetine, Flurbiprofen, Furosemide, Gemfibrozil, Hydroxyzine, Ibuprofen, Imipramine, Indomethacin, Ketoprofen, Levothyroxine, Maprolitline, Meclizine, Methadone, Methylphenidate, Minocycline, Mitoxantone, Moxifloxacin, Mycophenolic acid, Naproxen, Niflumic acid, Ofloxacin, Ondansetron, Pantoprazole, Paroxetine, Pergolide, Pramipexole, Phenytoin, Pravastatin, Probenecid, Rabeprazole, Risedronic acid, Retinoic acid, Ropinirole, Selegiline, Sulindac, Tamsulosin, Telmisertan, Terbinafine, Theophyline, Tiludronic Acid, Tinzaparin, Ticarcillin, Tometin, Valproic acid, Salicylic acid, Sevelamer, Ziprasidone, Zoledronic acid, Acetophenazine, Albuterol, Almotriptan, Amitriptyline, Amphetamine, Atracurium, Beclomethasone, Benztropine, Biperiden, Bosentan, Bromodiphenhydramine, Brompheniramine carbinox-

US 10,022,344 B2

<table><tr><td>5</td><td>6</td></tr></table>

amine, Caffeine, Capecitabine, Carbergoline, Cetirizine, Chlocylizine, Chlorpheniramine, Chlorphenoxamine, Chlorpromazine, Citalopram, Clavunate potassium, Ciprofloxacin, Clemastine, Clomiphene, Clonidine, Clopidogrel, Codeine, Cyclizine, Cyclobenzaprine, Cyproheptadine, Delavirdine, Diethylpropion, Divalproex, Desipramine, Dexmethylphenidate, Dexbrompheniramine, Dexchlorpheniramine, Dexchlor, Dextroamphetamine, Dexedrine, Dextromethorphan, Fiflunisal, Diphemanil methylsulphate, Diphenhydramine, Dolasetron, Doxylamine, Enoxaparin, Ergotamine, Ertepenem, Eprosartan, Escitalopram, Esomeprazole, Fenoldopam, Fentanyl, Fexofenadine, Flufenamic acid, Fluvastatin, Fluphenazine, Fluticasone, Fosinopril, Frovatriptan, Gabapentin, Galatamine, Gatifloxacin, Gemcitabine, Haloperidol, Hyalurondate, Hydrocodone, Hydroxychloroquine, Hyoscyamine, Imatinib, Imipenem, Ipatropin, Lisinopril, Leuprolide, Levopropoxyphene, Losartan, Meclofenamic acid, Mefanamic acid, Mesalamine, Mepenzolate, Meperidine, Mephentermine, Mesalimine, Mesoridazine, Metaproteranol, Metformin, Methdialazine, Methscopolamine, Methysergide, Metoprolol, Metronidazole, Mibefradil, Montelukast, Morphine, Mometasone, Naratriptan, Nelfinavir, Nortriptylene, Noscapine, Nylindrin, Omeprazole, Orphenadrine, Oseltamivir, Oxybutynin, Papaverine, Pentazocine, Phendimetrazine, Phentermine, Pioglitazone, Pilocarpine, Prochloroperazine, Pyrilamine, Quetapine, Ranitidine, Rivastigmine, Rosiglitazone, Salmetrol, Sertaline, Sotalol, Sumatriptan, Tazobactam, Tacrolimus, Tamoxifen, Ticlopidine, Topiramate, Tolterodine, Triptorelin, Triplennamine, Triprolidine, Tramadol, Trovofloxacin, Ursodiol, Promazine, Propoxyphene, Propanolol, Pseudoephedrine, Pyrilamine, Quinidine, Oxybate sodium, Sermorelin, Tacrolimus, Tegaseroid, Teriparatide, Tolterodine, Triptorelin pamoate, Scoplolamine, Venlafaxine, Zamivir, Aminocaproic acid, Aminosalicylic acid, Hydromorphone, Isosuprine, Levorphanol, Melhalan, Nalidixic acid, and Para-aminosalicylic acid.

2. Deionizing Agent

The deionizing agent functions by causing partial deionization (neutralization) of the salt of one or more pharmaceutically active agents. When the active agent is the salt of a weak acid and a strong base, the deionizing agent is preferably a hydrogen ion species. When the active agent is the salt of a weak base and a strong acid, the deionizing agent is preferably a hydroxide ion species. The deionizing agent is preferably present in an amount between 0.2 to 1.0 mole equivalents per mole of the pharmaceutically active agent.

Exemplary hydrogen ion species useful as de-ionizing agents described herein, include, but are not limited to, hydrochloric acid, hydrobromic acid, hydroiodic acid, sulfuric acid, fumaric acid, maleic acid, tartaric acid, methane-, ethane-, and benzene sulfonates, citric acid, malic acid, acetic acid, propionic acid, pyruvic acid, butanoic acid, and lactic acid.

Exemplary hydroxide ion species useful as de-ionizing agents described herein, include, but are not limited to, metal hydroxides such as sodium hydroxide, potassium hydroxide, ammonium hydroxide, calcium hydroxide, aluminum hydroxide, and magnesium hydroxide.

Additional acid or base can be added to adjust the pH of the fill composition. In a preferred embodiment, the pH of the fill composition is from about 2.5 to about 7.5.

3. Excipients

Formulations may be prepared using a pharmaceutically acceptable carrier composed of materials that are considered safe and effective and may be administered to an individual without causing undesirable biological side effects or unwanted interactions. The carrier is all components present in the pharmaceutical formulation other than the active ingredient or ingredients. As generally used herein "carrier" includes, but is not limited to, plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, pH-adjusting agents and combinations thereof.

In a preferred embodiment, a mixture of polyethylene glycol and water is used as a solvent for the salt of the active agent and the de-ionizing agent. Polyethylene glycol is present in an amount from about 10% to about 80% by weight. Water is present in an amount from about 1% to 18% by weight. The molecular weight of polyethylene glycol is between 300 and 1500. Other suitable solvents include surfactants and copolymers of polyethylene glycol. Optionally, glycerin, polyvinyl pyrrolidone (PVP) or propylene glycol (PPG) can be added to enhance the solubility of the drug agent.

B. Shell Compositions

1. Gelatin

Gelatin is the product of the partial hydrolysis of collagen. Gelatin is classified as either Type A or Type B gelatin. Type A gelatin is derived from the acid hydrolysis of collagen while Type B gelatin is derived from alkaline hydrolysis of collagen. Traditionally, bovine bones and skins have been used as raw materials for manufacturing Type A and Type B gelatin while porcine skins have been used extensively for manufacturing Type A gelatin. In general acid-processed gelatins form stronger gels than lime-processed gelatins of the same average molecular weight.

2. Other Shell Additives

Other suitable shell additives include plasticizers, opacifiers, colorants, humectants, preservatives, flavorings, and buffering salts and acids.

Plasticizers are chemical agents added to gelatin to make the material softer and more flexible. Suitable plasticizers include glycerin, sorbitol solutions which are mixtures of sorbitol and sorbitan, and other polyhydric alcohols such as propylene glycol and maltitol or combinations thereof.

Opacifiers are used to opacify the capsule shell when the encapsulated active agents are light sensitive. Suitable opacifiers include titanium dioxide, zinc oxide, calcium carbonate and combinations thereof.

Colorants can be used to for marketing and product identification/differentiation purposes. Suitable colorants include synthetic and natural dyes and combinations thereof.

Humectants can be used to suppress the water activity of the softgel. Suitable humectants include glycerin and sorbitol, which are often components of the plasticizer composition. Due to the low water activity of dried, properly stored softgels, the greatest risk from microorganisms comes from molds and yeasts. For this reason, preservatives can be incorporated into the capsule shell. Suitable preservatives include alkyl esters of p-hydroxy benzoic acid such as methyl, ethyl, propyl, butyl and heptyl (collectively known as "parabens") or combinations thereof.

Flavorings can be used to mask unpleasant odors and tastes of fill formulations. Suitable flavorings include synthetic and natural flavorings. The use of flavorings can be problematic due to the presence of aldehydes which can cross-link gelatin. As a result, buffering salts and acids can be used in conjunction with flavorings that contain aldehydes in order to inhibit cross-linking of the gelatin.

US 10,022,344 B2

7

## II. Methods of Making

### A. Fill Material

The fill material is prepared by mixing the agent (such as a salt of the drug), the deionizing agent, water, and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution is encapsulated using the appropriate gel mass. The pharmaceutical agent is present in an amount from about 10% to about 50% by weight. The deionizing agent is present in an amount from about 0.2 to 1.0 mole per mole of the pharmaceutical agent. Water is present in an amount from about 1% to about 20% by weight and polyethylene glycol is present in amount from about 10% to about 80% by weight. Optionally, propylene glycol and/or polyvinyl pyrrolidone are present in an amount from about 1% to about 10%.

### B. Gel Mass

The main ingredients of the softgel capsule shell are gelatin, plasticizer, and purified water. Typical gel formulations contain (w/w) 40-50% gelatin, 20-30% plasticizer, and 30-40% purified water. Most of the water is subsequently lost during capsule drying. The ingredients are combined to form a molten gelatin mass using either a cold melt or a hot melt process. The prepared gel masses are transferred to preheated, temperature-controlled, jacketed holding tanks where the gel mass is aged at 50-60° C. until used for encapsulation.

#### 1. Cold Melt Process

The cold melt process involves mixing gelatin with plasticizer and chilled water and then transferring the mixture to a jacket-heated tank. Typically, gelatin is added to its plasticizer at ambient temperature (18-22° C.). The mixture is cooked (57-95° C.) under vacuum for 15-30 minutes to a homogeneous, deaerated gel mass. Additional shell additives can be added to the gel mass at any point during the gel manufacturing process or they may be incorporated into the finished gel mass using a high torque mixer.

#### 2. Hot Melt Process

The hot melt process involves adding, under mild agitation, the gelatin to a preheated (60-80° C.) mixture of plasticizer and water and stirring the blend until complete melting is achieved. While the hot melt process is faster than the cold melt process, it is less accurately controlled and more susceptible to foaming and dusting.

### C. Softgel Capsule

Softgel capsules are typically produced using a rotary die encapsulation process. The gel mass is fed either by gravity or through positive displacement pumping to two heated (48-65° C.) metering devices. The metering devices control the flow of gel into cooled (10-18° C.), rotating casting drums. Ribbons are formed as the cast gel masses set on contact with the surface of the drums.

The ribbons are fed through a series of guide rolls and between injection wedges and the capsule-forming dies. A food-grade lubricant oil is applied onto the ribbons to reduce their tackiness and facilitate their transfer. Suitable lubricants include mineral oil, medium chain triglycerides, and soybean oil. Fill formulations are fed into the encapsulation machine by gravity. In the preferred embodiment, the softgels contain printing on the surface, optionally identifying the encapsulated agent and/or dosage.

## III. Methods of Use

The softgels may be used to encapsulate a wide range of pharmaceutically active agents, nutritional agents, and personal care products. Softgel capsules may be administered orally to a patient to deliver a pharmaceutically active agent.

It is understood that the disclosed invention is not limited to the particular methodology, protocols, and reagents

8

described as these may vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to limit the scope of the present invention which will be limited only by the appended claims.

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of skill in the art to which the disclosed invention belongs. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are as described. Publications cited herein and the materials for which they are cited are specifically incorporated by reference. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

## EXAMPLES

In the following examples, the fill material can be prepared by mixing the salt of one or more pharmaceutically active agents, the deionizing agent, water, and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution can be encapsulated in a softgel capsule using the appropriate gel mass.

Example 1. Naproxen Sodium with Acetic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 62.30 |
| Water | 7.40 |
| TOTAL | 100% |

Example 2. Naproxen Sodium with Citric Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Citric Acid | 4.75 |
| PVP | 1.85 |
| PEG 400 | 60.50 |
| Water | 7.40 |
| TOTAL | 100% |

Example 3. Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 4.72 |
| PVP | 1.85 |

US 10,022,344 B2

| 9 | 10 |
|---|---|
| -continued | -continued |

**Example 3. Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| PEG 400 | 63.52 |
| Water | 7.40 |
| TOTAL | 100% |

**Example 4. Naproxen Sodium with Acetic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 31.15 |
| Water | 7.40 |
| PEG 600 | 31.15 |
| TOTAL | 100% |

**Example 5. Naproxen Sodium with Citric Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Citric Acid | 40.75 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |
| TOTAL | 100% |

**Example 6. Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 40.72 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |
| TOTAL | 100% |

**Example 7. Naproxen Sodium with Lactic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 27.50 |
| Lactic Acid | 5.27 |
| Propylene Glycol | 2.00 |

**Example 7. Naproxen Sodium with Lactic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| PEG 400 | 64.64 |
| Water | 0.60 |
| TOTAL | 100% |

**Example 8. Naproxen Sodium with Lactic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 0.24-0.35M |
| Propylene Glycol | 2.00 |
| PEG 600 | q.s. |
| TOTAL | 100% |

**Example 9. Naproxen Sodium with Lactic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 61.20 |
| PEG 1000 | 6.80 |
| TOTAL | 100% |

**Example 10. Naproxen Sodium with Lactic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 51.00 |
| PEG 1000 | 17.00 |
| TOTAL | 100% |

**Example 11. Naproxen Sodium with Lactic Acid as the Deionizing Agent**
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |

US 10,022,344 B2

**11**

-continued

Example 11. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
|---|---|
| PEG 600 | 34.00 |
| PEG 1000 | 34.00 |
| TOTAL | 100% |

Example 12. Naproxen Sodium with Lactic Acid as the Deionizing Agent
Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 17.00 |
| PEG 1000 | 51.00 |
| TOTAL | 100% |

The invention claimed is:

1. A soft gelatin capsule comprising a fill material comprising:
   (a) naproxen sodium;
   (b) about 5% of a deionizing agent comprising acetic acid, propionic acid, pyruvic acid, or lactic acid;
   (c) polyethylene glycol; and
   (d) a solubilizer comprising glycerin, polyvinylpyrrolidone, propylene glycol, or combinations thereof.

2. The capsule of claim **1**, wherein the deionizing agent is propionic acid or lactic acid.

3. The capsule of claim **1**, wherein the deionizing agent is lactic acid.

4. The capsule of claim **1**, wherein polyethylene glycol is present in an amount from 10% to 80% by weight.

5. The capsule of claim **1**, wherein the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500.

6. The capsule of claim **1**, wherein the fill material further comprises water in an amount from 1% to 18% by weight.

7. The capsule of claim **1**, further comprising one or more excipients comprising plasticizers, crystallization inhibitors,

**12**

wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

8. The capsule of claim **1**, wherein the solubilizer is present in amount from 1% to 10% by weight.

9. The capsule of claim **1**, wherein the fill material is liquid.

10. A method for treating pain, inflammation, or fever comprising administering the capsule of claim **1** to a patient in need thereof.

11. A method of making the capsule of claim **1** comprising
   (a) mixing components (a), (b), (c), and (d) as defined in claim **1**; and
   (b) encapsulating the mixture in a softgel capsule.

12. The method of claim **11**, wherein step (a) is conducted at a temperature of from 50° C. to 70° C.

13. A soft gelatin capsule comprising a fill material comprising:
   (a) naproxen sodium;
   (b) about 5% of a deionizing agent comprising acetic acid, propionic acid, pyruvic acid, or lactic acid;
   (c) polyethylene glycol;
   (d) a solubilizer comprising glycerin, polyvinylpyrrolidone, propylene glycol, or combinations thereof; and
   (e) water.

14. The capsule of claim **13**, wherein polyethylene glycol is present in an amount from 10% to 80% by weight.

15. The capsule of claim **13**, wherein the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500.

16. The capsule of claim **13**, wherein water is present in an amount from 1% to 18% by weight.

17. The capsule of claim **13**, further comprising one or more excipients comprising plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

18. The capsule of claim **13**, wherein the solubilizer is present in amount from 1% to 10% by weight.

19. The capsule of claim **13**, wherein the fill material is liquid.

20. A method for treating pain, inflammation, or fever comprising administering the capsule of claim **13** to a patient in need thereof.

* * * * *

# EXHIBIT D

US010028925B2

(12) **United States Patent**
Chidambaram et al.

(10) Patent No.: **US 10,028,925 B2**
(45) Date of Patent: ***Jul. 24, 2018**

(54) **LIQUID DOSAGE FORMS OF SODIUM NAPROXEN**

(71) Applicant: **PATHEON SOFTGELS INC**, High Point, NC (US)

(72) Inventors: **Nachiappan Chidambaram**, Sandy, UT (US); **Aqeel A Fatmi**, High Point, NC (US)

(73) Assignee: **Patheon Softgels, Inc.**, High Point, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/591,512**

(22) Filed: **May 10, 2017**

(65) **Prior Publication Data**

US 2017/0296495 A1 Oct. 19, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/977,808, filed on Dec. 22, 2015, now Pat. No. 9,693,978, which is a continuation of application No. 11/367,238, filed on Mar. 3, 2006, now abandoned.

(60) Provisional application No. 60/659,679, filed on Mar. 8, 2005.

(51) **Int. Cl.**
| *A61K 31/192* | (2006.01) |
| *A61K 9/48* | (2006.01) |
| *A61K 9/00* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/192* (2013.01); *A61K 9/0053* (2013.01); *A61K 9/4825* (2013.01); *A61K 9/4833* (2013.01); *A61K 9/4858* (2013.01); *A61K 9/4866* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,035,971 | A | 5/1962 | Klotz |
| 5,071,643 | A | 12/1991 | Yu et al. |
| 5,141,961 | A | 8/1992 | Coapman |
| 5,360,615 | A * | 11/1994 | Yu ......................... A61K 9/2009 424/455 |
| 5,484,606 | A | 1/1996 | Dhabhar |
| 5,505,961 | A | 4/1996 | Shelley |
| 5,541,210 | A | 7/1996 | Cupps et al. |
| 5,641,512 | A | 6/1997 | Cimiluca |
| 5,648,358 | A | 7/1997 | Mitra |
| 5,885,608 | A | 3/1999 | McEntee |
| 5,912,011 | A | 6/1999 | Yamada |
| 6,066,339 | A | 5/2000 | Stark et al. |
| 6,251,426 | B1 | 6/2001 | Gullapalli |
| 6,287,594 | B1 | 9/2001 | Meyer |
| 6,365,180 | B1 | 4/2002 | Wilson |
| 6,383,515 | B2 | 5/2002 | Sawyer et al. |
| 6,387,400 | B1 | 5/2002 | Webster |
| 6,689,382 | B2 | 2/2004 | Gomez |
| 7,101,572 | B2 | 9/2006 | Santos |
| 2001/0007648 | A1 | 7/2001 | Sawyer et al. |
| 2002/0187195 | A1 | 12/2002 | Sawyer |
| 2004/0157928 | A1 | 8/2004 | Kim et al. |
| 2004/0224020 | A1 | 11/2004 | Schoenhard |
| 2005/0158377 | A1 | 7/2005 | Popp |
| 2006/0099246 | A1 * | 5/2006 | Tanner ................. A61K 9/4816 424/451 |

FOREIGN PATENT DOCUMENTS

WO 199531979 A1 11/1995

OTHER PUBLICATIONS

Wikipedia (https://en.wikipedia.org/wiki/Conjugate_acid (downloaded on Jul. 8, 2016).*
Wikipedia "Self-ionization of water", http://en.wikipedia.org/wiki/Selfionization_of_water, Accessed Mar. 2010.
European Opposition of EP1863458 B2 (EP App. No. 06737018.9) (Jun. 26, 2017).
Patent Owner's Response to Opposition, EP1863458 B2 (Nov. 28, 2017).
Inter Partes Review Petition, IPR2018-00421 (Jan. 14, 2018).
IPR2018-00421 Declaration of Peter Draper regarding U.S. Pat. No. 9,693,978 (Jan. 14, 2018).
Inter Partes Review Petition, IPR2018-00422 (Jan. 14, 2018).
IPR2018-00422 Declaration of Peter Draper regarding U.S. Pat. No. 9,693,979 (Jan. 14, 2018).
Carbowax(TM) Polyethylene Glycol (PEG) 600 (Jun. 13, 2017).
Lactic Acid (Wikipedia (Jun. 13, 2017) [German language] (D9).
US Pharmacopia, Polyethylene Glycol (Jun. 13, 2017) (D11).
Citric Acid (Wikipedia (Jun. 13, 2017) (D12).
Beyer, Water, "Lehrbuch der organishen Chemie," 21 ed. Stutgart Hirzel (1988) pp. 260, 280, 283; [German language; reactions in English] (D8, D10, D13).
Rautio, Jarkko, et al., "In Vitro Evaluation of Acyloxyalkyl Esters as Dermal Prodrugs of Ketoprofen and Naproxen," J. Pharm. Sci. 87(12):1622-1628 (1998).
Sevelius, H. et al., "Bioavailability of Naproxen Sodium and its Relationship to Clinical Analgesic Effects," Br. J. Clin. Pharmac. 10:259-263 (1980).
Morrison, Robert T. and Boyd, Robert N., Organic Chemistry, 4th ed. Allyn and Bacon, Boston (1983), p. 787.

(Continued)

*Primary Examiner* — Jake M Vu

(74) *Attorney, Agent, or Firm* — Brinks Gilson & Lione

(57) **ABSTRACT**

Described herein are oral pharmaceutical compositions comprising liquid dosage forms of sodium naproxen in soft gel capsules. In one embodiment, the pharmaceutical composition comprises sodium naproxen, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of naproxen, polyethylene glycol, and one or more solubilizers such as propylene glycol, polyvinyl pyrrolidone or a combination thereof.

**23 Claims, No Drawings**

**US 10,028,925 B2**

Page 2

(56)          **References Cited**

OTHER PUBLICATIONS

Patent Owner's Preliminary Response, IPR2018-00421 (U.S. Pat. No. 9,693,978) May 22, 2018.

Declaration of Mansoor Khan in support of Patent Owner's Preliminary Response, IPR2018-00421 (U.S. Pat. No. 9,693,978) May 22, 2018.

Patent Owner's Preliminary Response, IPR2018-00422 (U.S. Pat. No. 9,693,979) May 22, 2018.

Declaration of Mansoor Khan in support of Patent Owner's Preliminary Response, IPR2018-00422 (U.S. Pat. No. 9,693,979) May 22, 2018.

* cited by examiner

US 10,028,925 B2

**1**

# LIQUID DOSAGE FORMS OF SODIUM NAPROXEN

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application. Ser. No. 14/977,808, filed on Dec. 22, 2015, which is continuation of U.S. patent application Ser. No. 11/367,238, filed Mar. 3, 2006, which claims priority under 35 U.S.C. § 119(e) to U.S. Provisional Patent Application No. 60/659, 679, filed Mar. 8, 2005, each of which are incorporated herein in its entirety by express reference thereto.

## TECHNICAL FIELD

This application describes liquid dosage forms of sodium naproxen in soft gelatin capsules.

## BACKGROUND

Filled one-piece soft gelatin capsules ("softgels") have been widely used for years to encapsulate consumable materials such as vitamins and pharmaceuticals in a liquid vehicle or carrier. Because softgels have properties which are quite different from two-piece hardshell capsules, softgels are more capable of retaining a liquid fill material.

Not all liquids may be enclosed in a softgel capsule. Liquids containing more than about 20% water by weight are generally not enclosed in softgels, because the water tends to dissolve the gelatin shell. Other solvents such as propylene glycol, glycerin, low molecular weight alcohols, ketones, acids, amines, and esters all tend to degrade or dissolve the gelatin shell to some extent.

Softgels are also somewhat sensitive to pH, and generally require a pH in the encapsulated liquid from about 2.5 to about 7.5. Highly acidic liquids may hydrolyze the gelatin, resulting in leaks, while basic liquids may tan the gelatin, resulting in decreased solubility of the gelatin shell.

Pharmaceutical liquids are usually enclosed in softgels as either viscous solutions or suspensions. Suspensions are pharmaceutically less desirable because they can settle during manufacture, which leads to a less uniform product. In contrast, solutions provide the best liquid form for obtaining optimal "content uniformity" in a batch. Further, solutions typically provide a faster and more uniform absorption of an active agent than do suspensions.

Suitable softgel solutions, however, can be difficult to achieve. One constraint is size. Many pharmaceutical agents require volumes of solvent too large to produce a softgel capsule small enough to be taken by patients. The solvent must also have sufficient solvating power to dissolve a large amount of the pharmaceutical agent to produce a concentrated solution and yet not dissolve, hydrolyze or tan the gelatin shell.

Concentrated solutions of pharmaceutical agents for use in softgel capsules have been described. Most of these systems involve ionizing the free pharmaceutical agent in situ to the corresponding salt. For example, U.S. Pat. No. 5,360,615 to Yu et al. discloses a solvent system for enhancing the solubility of acidic, basic, or amphoteric pharmaceutical agents. The solvent system comprises polyethylene glycol, an ionizing agent, and water. The ionizing agent functions by causing the partial ionization of the free pharmaceutical agent. U.S. Pat. No. 6,383,515, U.S. Patent Application Publication No. 2002/0187195, and U.S. Patent Application Publication No. 2001/0007668 to Sawyer et al.

**2**

discloses pharmaceutically acceptable solutions containing a medicament suitable for filling softgel capsules comprising a polymer such as polyethylene glycol and an acid salt of a compound having three or more carbon atoms, such as sodium propionate. The salt helps to ionize the medicament without relying on the use of strong acids or bases. U.S. Pat. No. 6,689,382 to Berthel et al. describes a pharmaceutical formulation suitable for filling softgel capsules comprising (a) a therapeutically effective amount of a non-steroidal anti-inflammatory drug (NSAID); and (b) a solvent system comprising 40% to 60% by weight a polyoxyethylene ether, 15% to 35% by weight of glycerin and 15% to 35% by weight water. In cases where the NSAID has a carboxyl or an acidic functional group, the solvent system also includes hydroxide ions. U.S. Pat. No. 5,505,961 to Shelley et al. describes a method for increasing the solubility of acetaminophen alone or in combination with other pharmaceutically active agents to form a clear solution for encapsulation into a softgel capsule. The method comprises solubilizing acetaminophen in a mixture of propylene glycol, polyethylene glycol, water, polyvinylpyrrolidone and sodium or potassium acetate.

The previously described methods all involve the conversion of the free pharmaceutical agent to the corresponding salt. In cases where the free pharmaceutical agent is acidic, the resulting anion can react with the polyethylene glycol in the fill to produce polyethylene glycol esters, thus reducing the amount of available pharmaceutical agent.

There is a need for a solvent system containing a medicament, which can be encapsulated in a softgel capsule, wherein the formation of PEG esters is minimized.

Therefore, it is an object of the invention to provide a stable solvent system for pharmaceutical agents, which is suitable for encapsulation in a softgel capsule, wherein the formation of PEG esters is minimized.

## SUMMARY

Liquid and semi-solid pharmaceutical compositions, which can be administered in liquid form or can be used for preparing capsules, are described herein. The composition comprises the salt of one or more active agents, such as naproxen, and 0.2-1.0 mole equivalents of a de-ionizing agent per mole of active agent. The pH of the composition is adjusted within the range of 2.5-7.5. The de-ionizing agent causes partial de-ionization (neutralization) of the salt of the active agent resulting in enhanced bioavailability of salts of weakly acidic, basic or amphoteric active agents as well as decreased amounts of polyethylene glycol (PEG) esters.

Described herein are oral pharmaceutical compositions comprising liquid dosage forms of sodium naproxen in soft gel capsules. In one embodiment, the pharmaceutical composition comprises sodium naproxen, 0.2-1.0 mole equivalents of a de-ionizing agent per mole of naproxen, polyethylene glycol, and one or more solubilizers such as propylene glycol, polyvinyl pyrrolidone or a combination thereof.

One embodiment described herein is a pharmaceutical composition comprising a soft gel capsule encapsulating a liquid matrix comprising: (a) naproxen sodium; (b) one or more deionizing agents comprising fumaric acid, maleic acid, tartaric acid, citric acid, malic acid, acetic acid, propionic acid, pyruvic acid, butanoic acid, or lactic acid in an amount of from 0.2 to 1.0 mole equivalents per mole of naproxen sodium; (c) one or more polyethylene glycols; and (d) one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof. In one aspect described herein, the deionizing agent comprises

US 10,028,925 B2

**3**

citric acid or lactic acid. In another aspect described herein, the deionizing agent comprises lactic acid. In another aspect described herein, the polyethylene glycol comprises from about 10% to about 80% by weight of the composition. In another aspect described herein, the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500. In another aspect described herein, the polyethylene glycol comprises polyethylene glycol 600. In another aspect described herein, the solubilizer comprises from about 1% to 10% by weight of the composition. In another aspect described herein, the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol. In another aspect described herein, the composition further comprises one or more excipients comprising plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

Another embodiment described herein is a pharmaceutical composition comprising:
(a) about 25% naproxen sodium by weight; (b) lactic acid in an amount of from about 0.2 to about 1.0 mole equivalents per mole of naproxen sodium; (c) about 10% to about 80% of one or more polyethylene glycols by weight; and (d) about 1% to about 10% by weight of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof. In one aspect described herein, the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500. In another aspect described herein, the polyethylene glycol comprises polyethylene glycol 600. In another aspect described herein, the solubilizer comprises propylene glycol and polyvinyl pyrrolidone. In another aspect described herein, the lactic acid comprises about 0.6 mole equivalents per mole of naproxen sodium. In another aspect described herein, the weight percentage of lactic acid is about 5%. In another aspect described herein, the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol. In another aspect described herein, the composition further comprises one or more excipients selected from plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof. In another aspect described herein, the pH is from about 2.5 to about 7.5. In another aspect described herein, the composition is encapsulated in a softgel capsule. In another aspect described herein, the softgel capsule comprises: (a) gelatin; (b) plasticizer; and (c) purified water.

Another embodiment described herein is a method for making a pharmaceutical composition, the method comprising: (a) mixing together (i) about 25% naproxen sodium by weight; (ii) lactic acid in an amount of from about 0.2 to about 1.0 mole equivalents per mole of naproxen sodium; (ii) about 10% to about 80% of one or more polyethylene glycols by weight; and (iv) about 1% to about 10% by weight of one or more solubilizers comprising polyvinylpyrrolidone, propylene glycol, or a combination thereof; and (b) encapsulating the mixture in a softgel capsule using rotary die encapsulation.

Another embodiment described herein is an oral dosage form produced by the method described herein.

**4**

DETAILED DESCRIPTION

I. Composition
  A. Fill Materials
    1. Drugs to be Formulated
    The formulation can contain any therapeutic, diagnostic, prophylactic or nutraceutical agent. Exemplary agents include, but are not limited to, analeptic agents; analgesic agents; anesthetic agents; antiasthmatic agents; antiarthritic agents; anticancer agents; anticholinergic agents; anticonvulsant agents; antidepressant agents; antidiabetic agents; antidiarrheal agents; antiemetic agents; antihelminthic agents; antihistamines; antihyperlipidemic agents; antihypertensive agents; anti-infective agents; anti-inflammatory agents; antimigraine agents; antineoplastic agents; antiparkinson drugs; antipruritic agents; antipsychotic agents; antipyretic agents; antispasmodic agents; antitubercular agents; antiulcer agents; antiviral agents; anxiolytic agents; appetite suppressants (anorexic agents); attention deficit disorder and attention deficit hyperactivity disorder drugs; cardiovascular agents including calcium channel blockers, antianginal agents, central nervous system ("CNS") agents, beta-blockers and antiarrhythmic agents; central nervous system stimulants; diuretics; genetic materials; hormonolytics; hypnotics; hypoglycemic agents; immunosuppressive agents; muscle relaxants; narcotic antagonists; nicotine; nutritional agents; parasympatholytics; peptide drugs; psychostimulants; sedatives; sialagogues, steroids; smoking cessation agents; sympathomimetics; tranquilizers; vasodilators; beta-agonist; and tocolytic agents.

A first class of drugs is selected based on inclusion in the molecule of a weakly acidic, basic or amphoteric group that can form a salt. Any drug that bears an acidic or a basic functional group, for example, an amine, imine, imidazoyl, guanidine, piperidinyl, pyridinyl, quaternary ammonium, or other basic group, or a carboxylic, phosphoric, phenolic, sulfuric, sulfonic or other acidic group, can react with the de-ionizing agent.

Some specific drugs that bear acidic or basic functional groups and thus may be converted to the corresponding salt for use in the described formulations include, but are not limited to, Acetaminophen, Acetylsalicylic acid, Alendronic acid, Alosetron, Amantadine, Amlopidine, Anagrelide, Argatroban, Atomoxetine, Atrovastatin, Azithromycin dehydrate, Balsalazide, Bromocriptan, Bupropion, Candesartan, Carboplatin, Ceftriaxone, Clavulonic acid, Clindamycin, Cimetadine, Dehydrocholic (acid), Dexmethylphenidate, Diclofenac, Dicyclomine, Diflunisal, Diltiazem, Donepezil, Doxorubicin, Doxepin, Epirubicin, Etodolic acid, Ethacrynic acid, Fenoprofen, Fluoxetine, Flurbiprofen, Furosemide, Gemfibrozil, Hydroxyzine, Ibuprofen, Imipramine, Indomethacin, Ketoprofen, Levothyroxine, Maprolitline, Meclizine, Methadone, Methylphenidate, Minocycline, Mitoxantone, Moxifloxacin, Mycophenolic acid, Naproxen, Niflumic acid, Ofloxacin, Ondansetron, Pantoprazole, Paroxetine, Pergolide, Pramipexole, Phenytoin, Pravastain, Probenecid, Rabeprazole, Risedronic acid, Retinoic acid, Ropinirole, Selegiline, Sulindac, Tamsulosin, Telmisertan, Terbinafine, Theophyline, Tiludronic Acid, Tinzaparin, Ticarcillin, Tometin, Valproic acid, Salicylic acid, Sevelamer, Ziprasidone, Zoledronic acid, Acetophenazine, Albuterol, Almotriptan, Amitriptyline, Amphetamine, Atracurium, Beclomethasone, Benztropine, Biperiden, Bosentan, Bromodiphenhydramine, Brompheniramine carbinoxamine, Caffeine, Capecitabine, Carbergoline, Cetirizine, Chlocylizine, Chlorpheniramine, Chlorphenoxamine, Chlorpromazine, Citalopram, Clavunate potassium, Ciprofloxa-

US 10,028,925 B2

5

cin, Clemastine, Clomiphene, Clonidine, Clopidogrel, Codeine, Cyclizine, Cyclobenzaprine, Cyproheptadine, Delavirdine, Diethylpropion, Divalproex, Desipramine, Dexmethylphenidate, Dexbrompheniramine, Dexchlopheniramine, Dexchlor, Dextroamphetamine, Dexedrine, Dextromethorphan, Fiflunisal, Diphemanil methylsulphate, Diphenhydramine, Dolasetron, Doxylamine, Enoxaparin, Ergotamine, Ertepenem, Eprosartan, Escitalopram, Esomeprazole, Fenoldopam, Fentanyl, Fexofenadine, Flufenamic acid, Fluvastatin, Fluphenazine, Fluticasone, Fosinopril, Frovatriptan, Gabapentin, Galatamine, Gatifloxacin, Gemcitabine, Haloperidol, Hyalurondate, Hydrocodone, Hydroxychloroquine, Hyoscyamine, Imatinib, Imipenem, Ipatropin, Lisinopril, Leuprolide, Levopropoxyphene, Losartan, Meclofenamic acid, Mefanamic acid, Mesalamine, Mepenzolate, Meperidine, Mephentermine, Mesalimine, Mesoridazine, Metaproteranol, Metformin, Methdialazine, Methscopolamine, Methysergide, Metoprolol, Metronidazole, Mibefradil, Montelukast, Morphine, Mometasone, Naratriptan, Nelfinavir, Nortriptylene, Noscapine, Nylindrin, Omeprazole, Orphenadrine, Oseltamivir, Oxybutynin, Papaverine, Pentazocine, Phendimetrazine, Phentermine, Pioglitazone, Pilocarpine, Prochloroperazine, Pyrilamine, Quetapine, Ranitidine, Rivastigmine, Rosiglitazone, Salmetrol, Sertaline, Sotalol, Sumatriptan, Tazobactam, Tacrolimus, Tamoxifen, Ticlopidine, Topiramate, Tolterodine, Triptorelin, Triplennamine, Triprolidine, Tramadol, Trovofloxacin, Ursodiol, Promazine, Propoxyphene, Propanolol, Pseudoephedrine, Pyrilamine, Quinidine, Oxybate sodium, Sermorelin, Tacrolimus, Tegaseroid, Teriparatide, Tolterodine, Triptorelin pamoate, Scoplolamine, Venlafaxine, Zamivir, Aminocaproic acid, Aminosalicylic acid, Hydromorphone, Isosuprine, Levorphanol, Melhalan, Nalidixic acid, and Para-aminosalicylic acid.

2. Deionizing Agent

The deionizing agent functions by causing partial deionization (neutralization) of the salt of one or more pharmaceutically active agents. When the active agent is the salt of a weak acid and a strong base, the deionizing agent is preferably a hydrogen ion species. When the active agent is the salt of a weak base and a strong acid, the deionizing agent is preferably a hydroxide ion species. The deionizing agent is preferably present in an amount between 0.2 to 1.0 mole equivalents per mole of the pharmaceutically active agent.

Exemplary hydrogen ion species useful as de-ionizing agents described herein, include, but are not limited to, hydrochloric acid, hydrobromic acid, hydroiodic acid, sulfuric acid, fumaric acid, maleic acid, tartaric acid, methane-, ethane-, and benzene sulfonates, citric acid, malic acid, acetic acid, propionic acid, pyruvic acid, butanoic acid, and lactic acid.

Exemplary hydroxide ion species useful as de-ionizing agents described herein, include, but are not limited to, metal hydroxides such as sodium hydroxide, potassium hydroxide, ammonium hydroxide, calcium hydroxide, aluminum hydroxide, and magnesium hydroxide.

Additional acid or base can be added to adjust the pH of the fill composition. In a preferred embodiment, the pH of the fill composition is from about 2.5 to about 7.5.

3. Excipients

Formulations may be prepared using a pharmaceutically acceptable carrier composed of materials that are considered safe and effective and may be administered to an individual without causing undesirable biological side effects or unwanted interactions. The carrier is all components present in the pharmaceutical formulation other than the active

6

ingredient or ingredients. As generally used herein "carrier" includes, but is not limited to, plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, solubilizers, bioavailability enhancers, solvents, pH-adjusting agents and combinations thereof.

In a preferred embodiment, a mixture of polyethylene glycol and water is used as a solvent for the salt of the active agent and the de-ionizing agent. Polyethylene glycol is present in an amount from about 10% to about 80% by weight. Water is present in an amount from about 1% to 18% by weight. The molecular weight of polyethylene glycol is between 300 and 1500. Other suitable solvents include surfactants and copolymers of polyethylene glycol. Optionally, glycerin, polyvinyl pyrrolidone (PVP) or propylene glycol (PPG) can be added to enhance the solubility of the drug agent.

B. Shell Compositions

1. Gelatin

Gelatin is the product of the partial hydrolysis of collagen. Gelatin is classified as either Type A or Type B gelatin. Type A gelatin is derived from the acid hydrolysis of collagen while Type B gelatin is derived from alkaline hydrolysis of collagen. Traditionally, bovine bones and skins have been used as raw materials for manufacturing Type A and Type B gelatin while porcine skins have been used extensively for manufacturing Type A gelatin. In general acid-processed gelatins form stronger gels than lime-processed gelatins of the same average molecular weight.

2. Other Shell Additives

Other suitable shell additives include plasticizers, opacifiers, colorants, humectants, preservatives, flavorings, and buffering salts and acids.

Plasticizers are chemical agents added to gelatin to make the material softer and more flexible. Suitable plasticizers include glycerin, sorbitol solutions which are mixtures of sorbitol and sorbitan, and other polyhydric alcohols such as propylene glycol and maltitol or combinations thereof.

Opacifiers are used to opacify the capsule shell when the encapsulated active agents are light sensitive. Suitable opacifiers include titanium dioxide, zinc oxide, calcium carbonate and combinations thereof.

Colorants can be used to for marketing and product identification/differentiation purposes. Suitable colorants include synthetic and natural dyes and combinations thereof.

Humectants can be used to suppress the water activity of the softgel. Suitable humectants include glycerin and sorbitol, which are often components of the plasticizer composition. Due to the low water activity of dried, properly stored softgels, the greatest risk from microorganisms comes from molds and yeasts. For this reason, preservatives can be incorporated into the capsule shell. Suitable preservatives include alkyl esters of p-hydroxy benzoic acid such as methyl, ethyl, propyl, butyl and heptyl (collectively known as "parabens") or combinations thereof.

Flavorings can be used to mask unpleasant odors and tastes of fill formulations. Suitable flavorings include synthetic and natural flavorings. The use of flavorings can be problematic due to the presence of aldehydes which can cross-link gelatin. As a result, buffering salts and acids can be used in conjunction with flavorings that contain aldehydes in order to inhibit cross-linking of the gelatin.

II. Methods of Making

A. Fill Material

The fill material is prepared by mixing the agent (such as a salt of the drug), the deionizing agent, water, and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution is encapsulated using the appropriate gel

US 10,028,925 B2

7

mass. The pharmaceutical agent is present in an amount from about 10% to about 50% by weight. The deionizing agent is present in an amount from about 0.2 to 1.0 mole per mole of the pharmaceutical agent. Water is present in an amount from about 1% to about 20% by weight and polyethylene glycol is present in amount from about 10% to about 80% by weight. Optionally, propylene glycol and/or polyvinyl pyrrolidone are present in an amount from about 1% to about 10%.

B. Gel Mass

The main ingredients of the softgel capsule shell are gelatin, plasticizer, and purified water. Typical gel formulations contain (w/w) 40-50% gelatin, 20-30% plasticizer, and 30-40% purified water. Most of the water is subsequently lost during capsule drying. The ingredients are combined to form a molten gelatin mass using either a cold melt or a hot melt process. The prepared gel masses are transferred to preheated, temperature-controlled, jacketed holding tanks where the gel mass is aged at 50-60° C. until used for encapsulation.

1. Cold Melt Process

The cold melt process involves mixing gelatin with plasticizer and chilled water and then transferring the mixture to a jacket-heated tank. Typically, gelatin is added to the plasticizer at ambient temperature (18-22° C.). The mixture is cooked (57-95° C.) under vacuum for 15-30 minutes to a homogeneous, deaerated gel mass. Additional shell additives can be added to the gel mass at any point during the gel manufacturing process or they may be incorporated into the finished gel mass using a high torque mixer.

2. Hot Melt Process

The hot melt process involves adding, under mild agitation, the gelatin to a preheated (60-80° C.) mixture of plasticizer and water and stirring the blend until complete melting is achieved. While the hot melt process is faster than the cold melt process, it is less accurately controlled and more susceptible to foaming and dusting.

C. Softgel Capsule

Softgel capsules are typically produced using a rotary die encapsulation process. The gel mass is fed either by gravity or through positive displacement pumping to two heated (48-65° C.) metering devices. The metering devices control the flow of gel into cooled (10-18° C.), rotating casting drums. Ribbons are formed as the cast gel masses set on contact with the surface of the drums.

The ribbons are fed through a series of guide rolls and between injection wedges and the capsule-forming dies. A food-grade lubricant oil is applied onto the ribbons to reduce their tackiness and facilitate their transfer. Suitable lubricants include mineral oil, medium chain triglycerides, and soybean oil. Fill formulations are fed into the encapsulation machine by gravity. In the preferred embodiment, the softgels contain printing on the surface, optionally identifying the encapsulated agent and/or dosage.

III. Methods of Use

The softgels may be used to encapsulate a wide range of pharmaceutically active agents, nutritional agents and personal care products. Softgel capsules may be administered orally to a patient to deliver a pharmaceutically active agent.

It is understood that the disclosed invention is not limited to the particular methodology, protocols, and reagents described as these may vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to limit the scope of the present invention which will be limited only by the appended claims.

8

Unless defined otherwise, all technical and scientific terms used herein have the same meanings as commonly understood by one of skill in the art to which the disclosed invention belongs. Although any methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present invention, the preferred methods, devices, and materials are as described. Publications cited herein and the materials for which they are cited are specifically incorporated by reference. Nothing herein is to be construed as an admission that the invention is not entitled to antedate such disclosure by virtue of prior invention.

EXAMPLES

In the following examples, the fill material can be prepared by mixing the salt of one or more pharmaceutically active agents, the deionizing agent, water and polyethylene glycol at a temperature of 50° C. to 70° C. The resulting solution can be encapsulated in a softgel capsule using the appropriate gel mass.

| Example 1. Naproxen Sodium with Acetic Acid as the Deionizing Agent Fill Material | |
|---|---|
| Ingredients | % (by weight) |
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 62.30 |
| Water | 7.40 |
| TOTAL | 100% |

| Example 2. Naproxen Sodium with Citric Acid as the Deionizing Agent Fill Material | |
|---|---|
| Ingredients | % (by weight) |
| Naproxen Sodium | 25.50 |
| Citric Acid | 4.75 |
| PVP | 1.85 |
| PEG 400 | 60.50 |
| Water | 7.40 |
| TOTAL | 100% |

| Example 3 Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent Fill Material | |
|---|---|
| Ingredients | % (by weight) |
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 4.72 |
| PVP | 1.85 |
| PEG 400 | 63.52 |
| Water | 7.40 |
| TOTAL | 100% |

US 10,028,925 B2

| 9 | 10 |
|---|---|
| | -continued |

Example 4. Naproxen Sodium with Acetic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Acetic Acid | 3.00 |
| PVP | 1.85 |
| PEG 400 | 31.15 |
| Water | 7.40 |
| PEG 600 | 31.15 |
| TOTAL | 100% |

Example 5. Naproxen Sodium with Citric Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Citric Acid | 40.75 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |
| TOTAL | 100% |

Example 6. Naproxen Sodium with Hydrochloric Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.50 |
| Hydrochloric Acid | 40.72 |
| PVP | 1.85 |
| PEG 400 | 30.25 |
| Water | 7.40 |
| PEG 600 | 30.25 |
| TOTAL | 100% |

Example 7. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 27.50 |
| Lactic Acid | 5.27 |
| Propylene Glycol | 2.00 |
| PEG 400 | 64.64 |
| Water | 0.60 |
| TOTAL | 100% |

Example 8. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 0.24-0.35M |

Example 8. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Propylene Glycol | 2.00 |
| PEG 600 | q.s. |
| TOTAL | 100% |

Example 9. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 61.20 |
| PEG 1000 | 6.80 |
| TOTAL | 100% |

Example 10. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 51.00 |
| PEG 1000 | 17.00 |
| TOTAL | 100% |

Example 11. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 34.00 |
| PEG 1000 | 34.00 |
| TOTAL | 100% |

Example 12. Naproxen Sodium with Lactic Acid as the Deionizing Agent Fill Material

| Ingredients | % (by weight) |
|---|---|
| Naproxen Sodium | 25.00 |
| Lactic Acid | 5.00 |
| Propylene Glycol | 2.00 |
| PEG 600 | 17.00 |
| PEG 1000 | 51.00 |
| TOTAL | 100% |

US 10,028,925 B2

11

The invention claimed is:

1. A pharmaceutical composition comprising a soft gelatin capsule encapsulating a liquid matrix comprising:
   (a) naproxen sodium;
   (b) about 5% lactic acid by weight of the matrix;
   (c) one or more polyethylene glycols; and
   (d) one or more solubilizers.

2. The composition of claim 1, wherein the solubilizer comprises polyvinylpyrrolidone, propylene glycol, or a combination thereof.

3. The composition of claim 1, wherein the polyethylene glycol comprises from about 10% to about 80% by weight of the matrix.

4. The composition of claim 1, wherein the polyethylene glycol comprises one or more polyethylene glycols with a molecular weight between 300 and 1500.

5. The composition of claim 1, wherein the polyethylene glycol comprises polyethylene glycol 600.

6. The composition of claim 1, wherein the solubilizer comprises from about 1% to 10% by weight of the matrix.

7. The composition of claim 1, wherein the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol by weight of the matrix.

8. The composition of claim 1, further comprising one or more excipients comprising plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

9. A pharmaceutical composition comprising a soft gelatin capsule encapsulating a liquid matrix comprising:
   (a) about 25% naproxen sodium by weight of the matrix;
   (b) about 5% lactic acid by weight of the matrix;
   (c) about 10% to about 80% of polyethylene glycol by weight of the matrix; and
   (d) about 1% to about 10% of one or more solubilizers.

10. The composition of claim 9, wherein the solubilizer comprises polyvinylpyrrolidone, propylene glycol, or a combination thereof.

11. The composition of claim 9, wherein the solubilizer comprises polyvinylpyrrolidone and propylene glycol.

12. The composition of claim 9, wherein the matrix comprises a mole ratio of lactic acid to naproxen sodium of about 0.6.

12

13. The composition of claim 9, wherein the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol by weight of the matrix.

14. The composition of claim 9, wherein the matrix further comprises one or more excipients selected from plasticizers, crystallization inhibitors, wetting agents, bulk filling agents, bioavailability enhancers, solvents, dyes, preservatives, surfactants, or combinations thereof.

15. The composition of claim 9, wherein the matrix comprises a pH is from about 2.5 to about 7.5.

16. The composition of claim 9, wherein the soft gelatin capsule comprises:
   (a) gelatin;
   (b) plasticizer; and
   (c) purified water.

17. A method for making the pharmaceutical composition of claim 9, the method comprising:
   (a) mixing together the components of 9(a) to 9(d) to form a mixture; and
   (b) encapsulating the mixture in a soft gelatin capsule using rotary die encapsulation.

18. An oral dosage form produced by the method of claim 17.

19. A pharmaceutical composition comprising a soft gelatin capsule encapsulating a liquid matrix comprising:
   (a) about 25% naproxen sodium by weight of the matrix;
   (b) about 5% lactic acid by weight of the matrix;
   (c) quantum sufficit (q.s.) of polyethylene glycol; and
   (d) about 1% to about 10% of one or more solubilizers.

20. The composition of claim 19, wherein the solubilizer comprises about 2% polyvinylpyrrolidone and about 2% propylene glycol by weight of the matrix.

21. The composition of claim 19, wherein the matrix comprises a mole ratio of lactic acid to naproxen sodium of about 0.6.

22. The composition of claim 9, wherein the polyethylene glycol comprises polyethylene glycol 600.

23. The composition of claim 19, wherein the polyethylene glycol comprises polyethylene glycol 600.

*     *     *     *     *

# EXHIBIT E

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

f  SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=208363)

🐦  TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.F-DA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=208363)

in  LINKEDIN (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&AP-PL_NO=208363&TITLE=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&SOURCE=FDA)

📌  PIN IT (HTTPS://WWW.PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=208363&DE-SCRIPTION=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS)

+

✉  EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.-GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=208363)

🖨  PRINT

Home (index.cfm?resetfields=1) | Back to Search Results

## Product Details for ANDA 208363

NAPROXEN SODIUM (NAPROXEN SODIUM)
EQ 200MG BASE                                     Marketing Status: Over-the-counter

**Active Ingredient:** NAPROXEN SODIUM
**Proprietary Name:** NAPROXEN SODIUM
**Dosage Form; Route of Administration:** CAPSULE; ORAL
**Strength:** EQ 200MG BASE
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:**
**Application Number:** A208363
**Product Number:** 001
**Approval Date:** Mar 15, 2018
**Applicant Holder Full Name:** PURACAP PHARMACEUTICAL LLC
**Marketing Status:** Over-the-counter
**Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=208363&Appl_type=A)**

# EXHIBIT F

Compare to the active ingredient
in Aleve®†

NDC 11673-748-40

# naproxen sodium

capsules

pain reliever/fever reducer **(NSAID)**, capsules 220 mg

**up&up**

lasts up to
12 hours



**12 HOUR RELIEF**

**ACTUAL SIZE**

**40** CAPSULES**

40 LIQUID GELS** **(LIQUID-FILLED CAPSULES)

094 01 0724  R04 ID215478
Distributed by Target Corporation
Minneapolis, MN 55403
TM & ©2018 Target Brands, Inc.

3  59726 17540  1

PLD-C528A
FC004880

Lot / Exp.:  F03937 01/20
Product of:  CHINA

# EXHIBIT G

# Drug Facts

## Active ingredient (in each capsule)

Naproxen sodium 220 mg (naproxen 200 mg) (NSAID)*................................................ **Purposes**

Pain reliever/ fever reducer

*nonsteroidal anti-inflammatory drug

## Uses

- temporarily relieves minor aches and pains due to:
  - minor pain of arthritis
  - backache
  - headache
  - the common cold
  - muscular aches
  - menstrual cramps
  - toothache
- temporarily reduces fever

## Warnings

**Allergy alert:** Naproxen sodium may cause a severe allergic reaction, especially in people allergic to aspirin. Symptoms may include:

- hives
- shock
- facial swelling
- skin reddening
- asthma (wheezing)
- rash
- blisters

If an allergic reaction occurs, stop use and seek medical help right away.

**Stomach bleeding warning:** This product contains an NSAID, which may cause severe stomach bleeding. The chance is higher if you:

- are age 60 or older
- have had stomach ulcers or bleeding problems
- take a blood thinning (anticoagulant) or steroid drug
- take other drugs containing prescription or nonprescription NSAIDs (aspirin, ibuprofen, naproxen, or others)
- have 3 or more alcoholic drinks every day while using this product
- take more or for a longer time than directed

**Heart attack and stroke warning:** NSAIDs, except aspirin, increase the risk of heart attack, heart failure, and stroke. These can be fatal. The risk is higher if you use more than directed or for longer than directed.

▶

## *Drug Facts* (continued)

**Do not use**
- if you have ever had an allergic reaction to any other pain reliever/fever reducer
- right before or after heart surgery

**Ask a doctor before use if**
- the stomach bleeding warning applies to you
- you have a history of stomach problems, such as heartburn
- you have high blood pressure, heart disease, liver cirrhosis, kidney disease, asthma, or had a stroke
- you are taking a diuretic
- you have problems or serious side effects from taking pain relievers or fever reducers

**Ask a doctor or pharmacist before use if you are**
- under a doctor's care for any serious condition
- taking any other drug

**When using this product,** take with food or milk if stomach upset occurs.

**Stop use and ask a doctor if**
- you experience any of the following signs of stomach bleeding:
  - feel faint       vomit blood
  - have bloody or black stools
  - have stomach pain that does not get better
- you have symptoms of heart problems or stroke:
  - chest pain       slurred speech
  - leg swelling       trouble breathing
  - weakness in one part or side of body
- pain gets worse or lasts more than 10 days
- fever gets worse or lasts more than 3 days
- redness or swelling is present in the painful area
- any new symptoms appear
- you have difficulty swallowing
- it feels like the capsule is stuck in your throat

**If pregnant or breast-feeding,** ask a health professional before use. It is especially important not to use naproxen sodium during the last 3 months of pregnancy unless definitely directed to do so by a doctor because it may cause problems in the unborn child or complications during delivery. ▶

## Drug Facts (continued)

**Keep out of reach of children.** In case of overdose, get medical help or contact a Poison Control Center right away (1-800-222-1222).

### Directions ■ do not take more than directed
■ **the smallest effective dose should be used**
■ drink a full glass of water with each dose
■ if taken with food, this product may take longer to work
■ adults and children 12 years and older:
  ■ take 1 capsule every 8 to 12 hours while symptoms last
  ■ for the first dose you may take 2 capsules within the first hour
  ■ do not exceed 2 capsules in any 8- to 12-hour period
  ■ do not exceed 3 capsules in a 24-hour period
■ children under 12 years: ask a doctor

### Other information
■ **each capsule contains:** sodium 20 mg
■ store at 20-25°C (68-77°F). Avoid high humidity and excessive heat above 40°C (104°F).
■ read all directions and warnings before use. Keep carton.
■ swallow whole; do not crush, chew, or dissolve

### Inactive ingredients FD&C blue #1, gelatin, glycerin, lactic acid, lecithin, light mineral oil, n-butyl alcohol, polyethylene glycol, povidone, propylene glycol, purified water, shellac glaze, sorbitol sorbitan solution, titanium dioxide, white ink

### Questions or comments?
Call 1-800-910-6874

†This product is not manufactured or distributed by Bayer HealthCare, LLC, distributor of Aleve®.

TAMPER EVIDENT: DO NOT USE IF PRINTED
SAFETY SEAL UNDER CAP IS BROKEN OR MISSING.

KEEP OUTER CARTON FOR COMPLETE
WARNINGS AND PRODUCT INFORMATION.

# EXHIBIT H

Case 2:18-cv-14693   Document 1-1   Filed 10/05/18   Page 46 of 58 PageID: 58

 **NATIONAL DRUG CODES LIST** ndclist.com   (https://ndclist.com/)

Labeler Index (https://ndclist.com/labeler/index-view-all)
 /  Target Corporation (https://ndclist.com/labeler/target-corporation)
 /  11673-748 (https://ndclist.com/ndc/11673-748)  /  NDC Code: 11673-748-40 Naproxen Sodium

# NDC 11673-748-40 NAPROXEN SODIUM

## Naproxen Sodium

NDC 11673-748   ⓘ (https://ndclist.com/ndc/11673-748)      Package Codes ▾

Related Codes ▤ (https://ndclist.com/ndc/11673-748/related)

### NDC PACKAGE CODE 11673-748-40

| Field Name | Field Value |
| --- | --- |
| NDC Code | **11673-748-40** |
| Package Description | 1 BOTTLE, PLASTIC in 1 BOX > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC |
| Proprietary Name | **Naproxen Sodium** ⓘ |
| Non-Proprietary Name | Naproxen Sodium ⓘ |
| 11-Digit NDC Billing Format | 11673074840 ⓘ |
| Product Type | Human Otc Drug ⓘ |
| Labeler Name | Target Corporation 🔗  (https://ndclist.com/labeler/target-corporation) |
| Dosage Form | *Capsule, Liquid Filled* - A solid dosage form in which the drug is enclosed within a soluble, gelatin shell which is plasticized by the addition of a polyol, such as sorbitol or glycerin, and is therefore of a somewhat thicker consistency than that of a hard shell capsule; typically, the active ingredients are dissolved or suspended in a liquid vehicle. |
| Administration Route(s) | ▪ Oral - Administration to or by way of the mouth. |

| Field Name | Field Value |
| --- | --- |
| Active Ingredient(s) | ■ NAPROXEN SODIUM 220 mg/1 🔗 (https://ndclist.com/active-ingredients/naproxen-sodium) |
| Marketing Category | ANDA - A product marketed under an approved Abbreviated New Drug Application. ⓘ |
| FDA Application Number | ANDA208363 ⓘ |
| Start Marketing Date | 04-01-2018 ⓘ |

The NDC Code 11673-748-40 is assigned to Naproxen Sodium, a human over the counter drug labeled by Target Corporation. The product's dosage form is capsule, liquid filled and is administered via oral form.

## 📁 Code Structure

- 11673 - Target Corporation
  - 11673-748 - Naproxen Sodium
    - 11673-748-40 - 1 BOTTLE, PLASTIC in 1 BOX

The NDC Directory contains ONLY information on final marketed drugs submitted to FDA electronically by labelers. A labeler might be a manufacturer, re-packager or re-labeler. The product information included in the NDC directory does not indicate that FDA has verified the information provided by the product labeler. Assigned NDC numbers are not in any way an indication of FDA approval of the product.

\* Please review the disclaimer below.

## OTHER PRODUCT PACKAGES

The following packages are also available for Naproxen Sodium with product NDC 11673-748.

| NDC Package Code | Package Description |
| --- | --- |
| 🔗 11673-748-80 (https://ndclist.com /ndc/11673-748 /package /11673-748-80) | 1 BOTTLE, PLASTIC in 1 BOX > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC |

\* Please review the disclaimer below.

## Previous Code

‹ 11673-747 (https://ndclist.com/ndc/11673-747)

Case 2:18-cv-14693   Document 1-1   Filed 10/05/18   Page 48 of 58 PageID: 60

Next Code
11673-749 ❯ (https://ndclist.com/ndc/11673-749)

(https://ndclist.com/search-pill-identifier.php)

Labeler Index (https://ndclist.com/labeler) | Drug Index (https://ndclist.com/drug-index) | Active Ingredients Index (https://ndclist.com
/active-ingredients)

Pharmacologic Class Index (https://ndclist.com/pharma-class) | Pill Identification Index (https://ndclist.com/pill-identifier) | NDC -
HCPCS Crosswalk (https://ndclist.com/ndc-hcpcs-crosswalk)

What is NDC? (https://ndclist.com/what-is-ndc) | Contact Us (https://ndclist.com/contact) | Terms of Service (https://ndclist.com/terms-
of-service) | Privacy (https://ndclist.com/privacy)

NDC List 2018

DISCLAIMER:

All contents of this website are provided on an "as is" and "as available" basis without warranty of any kind. The contents of the National
Drug Codes List website are provided for educational purposes only and are not intended in any way as medical advice, medical
diagnosis or treatment. Reliance on any information provided by the National Drug Codes List website or other visitors to this website is
solely at your own risk. Many of Over the Counter drugs are not reviewed by the FDA but they might be marketed to the public if the
product complies with the applicable rules and regulations. The information in this website is intended for healthcare providers and
consumers in the United States. The absence of a warning or notice for a given drug or drug combination is not indication that the drug
or drug combination are safe, appropriate or effective for any given patient. If you have questions or concerns about the substances you
are taking, check with your healthcare provider.

If you think you may have a medical emergency, please call your doctor or 911 immediately.

# EXHIBIT I

# National Drug Code Directory

f  SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM)

🐦  TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=NATIONAL DRUG CODE DIRECTORY&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM)

in  LINKEDIN (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?MINI=TRUE&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM&TITLE=NATIONAL DRUG CODE DIRECTORY&SOURCE=FDA)

📌  PIN IT (HTTPS://WWW.PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM&DESCRIPTION=NATIONAL DRUG CODE DIRECTORY)   ➕

✉  EMAIL (MAILTO:?SUBJECT=NATIONAL DRUG CODE DIRECTORY&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/NDC/DSP_SEARCHRESULT.CFM)   🖶 PRINT

Current through July 22, 2018

*Records marked with (U): This information was removed from publication, because the record is uncertified.*

**You have searched Finished drug products**

Search Results: *'naproxen sodium'*

**Back to Search Page ()** | **Search Again ()**

CSV   Excel

Display [50] records per page                                                                              Search for text in the table: [          ]

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ *Naproxen Sodium (U)* | 33358-259-90 | | | | | *RxChange Co.* | | | | | | *N/A* | | | *N/A* |
| ⊕ *NAPROXEN SODIUM DS (U)* | 42494-400-01 | | | | | *Cameron Pharmaceuticals, LLC* | | | | | | *N/A* | | | *N/A* |
| ⊕ *NAPROXEN SODIUM DS (U)* | 42494-400-05 | | | | | *Cameron Pharmaceuticals, LLC* | | | | | | *N/A* | | | *N/A* |
| ⊕ *TREXMET (U)* | 21695-954-09 | | | | | *Rebel Distributors Corp* | | | | | | *N/A* | | | *N/A* |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAREALL Naproxen | 51824-030-01 | 220 mg/1 | CAPSULE | ORAL | ANDA090545 | New World Imports, Inc. | 51824-030 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 05/01/2013 | N/A | ANDA | 100 CAPSULE in 1 BOTTLE, PLASTIC (51824-030-01) | N/A |
| Naproxen Sodium | 69842-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | CVS Pharmacy | 69842-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (69842-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 69842-748-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | CVS Pharmacy | 69842-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (69842-748-80) > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 21130-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Safeway, Inc. | 21130-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (21130-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 55301-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | AAFES/Your Military Exchanges | 55301-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 02/28/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (55301-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| NAPROXEN SODIUM | 53345-042-01 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Humanwell PuraCap Pharmaceuticals (Wuhan) Co., Ltd | 53345-042 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 03/20/2018 | N/A | ANDA | 1 BAG in 1 BOX (53345-042-01) > 5000 CAPSULE, LIQUID FILLED in 1 BAG | N/A |
| Naproxen Sodium | 41520-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Care One (American Sales Company) | 41520-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (41520-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen Sodium | 41520-748-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Care One (American Sales Company) | 41520-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (41520-748-80) > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 30142-748-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | The Kroger Co. | 30142-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 80 CAPSULE, LIQUID FILLED in 1 BOTTLE (30142-748-80) | N/A |
| Naproxen Sodium | 55910-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Dolgencorp, Inc. (DOLLAR GENERAL & REXALL) | 55910-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (55910-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 30142-748-12 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | The Kroger Co. | 30142-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (30142-748-12) > 120 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 21130-748-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Safeway, Inc. | 21130-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (21130-748-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 30142-748-16 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | The Kroger Co. | 30142-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE in 1 BOX (30142-748-16) > 160 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| NAPROXEN SODIUM | 51013-137-60 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | PuraCap Pharmaceutical LLC | 51013-137 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 03/20/2018 | N/A | ANDA | 160 CAPSULE, LIQUID FILLED in 1 BOTTLE (51013-137-60) | N/A |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (+) Naproxen Sodium | 49035-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | EQUATE (Wal-Mart Stores, Inc.) | 49035-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (49035-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Naproxen Sodium | 46122-534-60 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | AmerisourceBergen (Good Neighbor Pharmacy) 46122 | 46122-534 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (46122-534-60) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Naproxen Sodium | 11673-748-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | TARGET Corporation | 11673-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (11673-748-80) > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Naproxen Sodium | 36800-748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | TOP CARE (Topco Associates LLC) | 36800-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (36800-748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Naproxen Sodium | 36800-748-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | TOP CARE (Topco Associates LLC) | 36800-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (36800-748-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Naproxen Sodium | 0363-0748-08 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Walgreens | 0363-0748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (0363-0748-08) > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Naproxen Sodium | 21130-748-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Safeway, Inc. | 21130-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 80 CAPSULE, LIQUID FILLED in 1 BOTTLE (21130-748-80) | N/A |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen Sodium | 0363-0748-12 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Walgreens | 0363-0748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (0363-0748-12) > 120 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 0363-0748-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Walgreens | 0363-0748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (0363-0748-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| NAPROXEN SODIUM | 51013-137-28 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | PuraCap Pharmaceutical LLC | 51013-137 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 03/20/2018 | N/A | ANDA | 1 BOTTLE in 1 CARTON (51013-137-28) > 160 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| Naproxen Sodium | 69842-748-08 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | CVS Pharmacy | 69842-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 80 CAPSULE, LIQUID FILLED in 1 BOTTLE (69842-748-08) | N/A |
| Naproxen Sodium | 69842-748-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | CVS Pharmacy | 69842-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (69842-748-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 55910-748-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Dolgencorp, Inc. (DOLLAR GENERAL & REXALL) | 55910-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (55910-748-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Naproxen Sodium | 0363-0748-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | Walgreens | 0363-0748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (0363-0748-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (+) Naproxen Sodium | 11673-748-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | TARGET Corporation | 11673-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 1 BOTTLE, PLASTIC in 1 BOX (11673-748-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) NAPROXEN SODIUM | 51013-137-15 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | PuraCap Pharmaceutical LLC | 51013-137 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 03/20/2018 | N/A | ANDA | 1 BOTTLE in 1 CARTON (51013-137-15) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| (+) Naproxen Sodium | 69842-748-16 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | ANDA208363 | CVS Pharmacy | 69842-748 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 04/01/2018 | N/A | ANDA | 160 CAPSULE, LIQUID FILLED in 1 BOTTLE (69842-748-16) | N/A |
| (+) Aleve | 0280-6080-16 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Bayer HealthCare LLC. | 0280-6080 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 02/20/2007 | N/A | NDA | 160 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC (0280-6080-16) | N/A |
| (+) Aleve | 0280-6080-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Bayer HealthCare LLC. | 0280-6080 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 02/20/2007 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 CARTON (0280-6080-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Aleve | 0280-6080-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Bayer HealthCare LLC. | 0280-6080 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 02/20/2007 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 CARTON (0280-6080-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| (+) Aleve | 0280-6080-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Bayer HealthCare LLC. | 0280-6080 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 02/20/2007 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 CARTON (0280-6080-80) > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aleve | 0280-6091-80 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Bayer HealthCare LLC. | 0280-6091 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 02/28/2007 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 CARTON (0280-6091-80) > 80 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| All Day Pain Relief | 55319-174-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Family Dollar (FAMILY WELLNESS) | 55319-174 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 12/31/2017 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 BOX (55319-174-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| All Day Pain Relief | 63940-174-40 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Harmon Stores | 63940-174 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 07/31/2015 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 BOX (63940-174-40) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |
| Equate Naproxen Sodium | 49035-098-27 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Wal-Mart Stores Inc | 49035-098 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 08/09/2013 | N/A | NDA | 80 CAPSULE, LIQUID FILLED in 1 BOTTLE (49035-098-27) | N/A |
| Good Neighbor Pharmacy Naproxen Sodium | 46122-038-58 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Amerisource Bergen | 46122-038 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 01/06/2011 | N/A | NDA | 1 BOTTLE in 1 CARTON (46122-038-58) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| Good Neighbor Pharmacy Naproxen Sodium | 46122-038-60 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Amerisource Bergen | 46122-038 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 01/06/2011 | N/A | NDA | 1 BOTTLE in 1 CARTON (46122-038-60) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| Good Neighbor Pharmacy Naproxen Sodium | 46122-038-65 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Amerisource Bergen | 46122-038 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 01/06/2011 | N/A | NDA | 1 BOTTLE in 1 CARTON (46122-038-65) > 30 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |

| Proprietary Name | NDC Package Code | Strength | Dosage Form | Route | Appl. No. | Labeler Name | Product NDC | Nonproprietary Name | Substance Name | Product Type Name | Start Marketing Date | End Marketing Date | Market Category | Package Description | Pharm Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (+) Good Neighbor Pharmacy Naproxen Sodium | 46122-038-71 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Amerisource Bergen | 46122-038 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 01/06/2011 | N/A | NDA | 1 BOTTLE in 1 CARTON (46122-038-71) > 50 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| (+) Leader Naproxen Sodium | 37205-854-58 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Cardinal Health | 37205-854 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 12/01/2010 | N/A | NDA | 1 BOTTLE in 1 CARTON (37205-854-58) > 40 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| (+) Leader Naproxen Sodium | 37205-854-60 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Cardinal Health | 37205-854 | Naproxen sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 12/01/2010 | N/A | NDA | 1 BOTTLE in 1 CARTON (37205-854-60) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE | N/A |
| (+) Naproxen Sodium | 41520-075-20 | 220 mg/1 | CAPSULE, LIQUID FILLED | ORAL | NDA021920 | Care One (American Sales Company) | 41520-075 | Naproxen Sodium | NAPROXEN SODIUM | HUMAN OTC DRUG | 10/31/2014 | N/A | NDA | 1 BOTTLE, PLASTIC in 1 BOX (41520-075-20) > 20 CAPSULE, LIQUID FILLED in 1 BOTTLE, PLASTIC | N/A |

Showing 101 to 150 of 960 entries

Previous   1   2   **3**   4   5   ...   20   Next

**Background Information (https://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm)**

Drug questions email: **DRUGINFO@FDA.HHS.GOV (mailto:DRUGINFO@FDA.HHS.Gov)**

See also: **Drug Registration and Listing Instructions (https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/DrugRegistrationandListing/ucm078801.htm)**
**National Drug Code Directory Data Files (https://www.fda.gov/Drugs/InformationOnDrugs/ucm142438.htm)**

U.S Department of Health and Human Services
Public Health Service
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Data Management and Services