Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
Walsh Pizzi O'Reilly Falanga LLP
One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102
(973) 757-1101
lwalsh@walsh.law
koreilly@walsh.law
wwalsh@walsh.law

*Attorneys for Plaintiffs Patheon Softgels Inc. and Bionpharma Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PATHEON SOFTGELS INC. and BIONPHARMA INC.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **C.A. No. _____** |
| **v.** | ) ) | |
| **PURACAP PHARMACEUTICAL LLC,** | ) ) | **JURY DEMAND** |
| **Defendant.** | ) ) ) ) ) | *Electronically Filed* |

## PLAINTIFF PATHEON SOFTGELS INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for

Plaintiff Patheon Softgels Inc. (a private, non-governmental entity) certifies that the ultimate

parent of Patheon Softgels Inc. and the only publicly held corporation which holds 10% or more

of Patheon Softgels Inc.'s stock is Thermo Fisher Scientific Inc.   No other publicly held

corporation owns 10% or more of Patheon Softgels Inc.'s stock.

Dated: October 5, 2018

*Of Counsel for Patheon Softgels, Inc.:*

Peter Armenio
Anne Toker
Sky Adams
QUINN EMANUEL
 URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212)849-7000

Megan Y. Yung
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617)712-7100

Rip J. Finst
THERMO FISHER SCIENTIFIC INC.
5781 Van Allen Way
Carlsbad, CA 92008

*Of Counsel for Bionpharma Inc.:*

J.C. Rozendaal
Dennies Varughese, Pharm.D.
Josh Miller
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW, Suite 600
Washington, D.C. 20005
(202)772-8747
jcrozendaal@sternekessler.com
dvarughe@sternekessler.com
jmiller@sternekessler.com

By: *s/Liza M. Walsh*
Liza M. Walsh
Katelyn O'Reilly
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd, Suite 600
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
koreilly@walsh.law
wwalsh@walsh.law

*Attorneys for Plaintiffs*